**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WARREN COMMUNICATIONS NEWS, INC., Plaintiff, | ) |
| v. | ) Civil Action No. 1:09 cv 00426 RWR |
| WARRANTECH CORP., *et al.*, Defendants. | ) |

**PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT OF INFRINGEMENT**

Plaintiff Warren Communications News, Inc. hereby moves, pursuant to F.R. Civ. P. 56 and LCvR 7, for summary judgment that defendants Warrantech corporation and Warrantech Consumer Product Services, Inc. infringed Warren's timely registered copyrights in 239 separate issues of Warren's *Consumer Electronics Daily* newsletter.

This motion is accompanied and supported by Warren's Statement of Material Facts Not in Dispute, Plaintiff's Memorandum in Support of Summary Judgment of Infringement, and the Declarations of Paul Warren, Gina Storr and Thomas Kirby (and their attached exhibits). A proposed form of order is provided.

Respectfully submitted,

March 18, 2010

/s/ Thomas W. Kirby
Thomas W. Kirby (D.C. Bar No. 815231)
Bruce L. McDonald (D.C. Bar No. 74329)
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Plaintiff*
Warren Communications News, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WARREN COMMUNICATIONS NEWS, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:09 cv 00426 RWR |
| WARRANTECH CORP., *et al.*, Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT OF INFRINGEMENT**

**March 18, 2010**

Thomas W. Kirby (D.C. Bar No. 815231)
Bruce L. McDonald (D.C. Bar No. 74329)
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Plaintiff*
*Warren Communications News, Inc.*

## TABLE OF CONTENTS

**Page**

I. Introduction .......... 4

II. The Undisputed Facts Demonstrate That Warrantech Copied 239 Copyrighted Issues Of Warren's *Consumer Electronics Daily* Newsletter. .......... 5

A. *CED* Is Warren's Copyrighted Newsletter. .......... 5

B. Steve Williams Subscribed To *CED* And Agreed To Terms Of Use. .......... 6

C. Williams and Other Warrantech Officials Made Unauthorized Copies of 239 Issues. .......... 8

III. Warren Is Entitled To Summary Judgment That The 239 *CED* Issues Were Infringed By Defendants. .......... 11

A. Warren's Copyrights Were Timely Registered .......... 12

B. Defendants Copied The 239 Issues. .......... 13

C. Warrantech Had No Authority To Make Copies. .......... 15

IV. Conclusion .......... 17

Attachment A – Publication Dates of 239 *Consumer Electronics Daily* Issues Shown Copied and Their Copyright Certificate Of Registration Information

## TABLE OF AUTHORITIES

**Page**

### FEDERAL CASES

*A&M Records, Inc. v. Napster, Inc.*,
239 F.3d 1004 (9th Cir. 2001) .......... 11

**America Federal Government Employees v. FLRA*,
470 F.3d 375 (D.C. Cir. 2006) .......... 13

**Automation by Design, Inc. v. Raybestos Products Co.*,
463 F.3d 749 (7th Cir. 2006) .......... 13

*Cass County Music Co. v. C.H.L.R., Inc.*,
88 F.3d 635 (8th Cir. 1996) .......... 13

*Celotex Corp. v. Catrett*,
477 U.S. 317 (1986) .......... 9

*Diamond v. Atwood*,
43 F.3d 1538 (D.C. Cir. 1995) .......... 9

**Lowry's Reports, Inc. v. Legg Mason, Inc.*,
271 F. Supp. 2d 737 (D. Md. 2003) .......... 11

*MAI Systems Corp. v. Peak Computer, Inc.*,
991 F.2d 511 (9th Cir. 1993) .......... 11

**Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*,
545 U.S. 913 (2005) .......... 11

**Newborn v. Yahoo!, Inc.*,
391 F. Supp. 2d 181 (D.D.C. 2005) .......... 11

*Perry v. Sonic Graphic Systems, Inc.*,
94 F. Supp. 2d 616 (E.D. Pa. 2000) .......... 13

**Scott-Blanton v. University City Studios Productions LLP*,
539 F. Supp. 2d 191 (D.D.C. 2008),
*aff'd*, 308 Fed. Appx 452 (D.C. Cir. 2009) .......... 9, 10

**Sturdza v. United Arab Emirates*,
281 F.3d 1287 (D.C. Cir. 2002) .......... 9

*Whitehead v. Paramount Pictures Corp.*,
53 F. Supp. 2d 38 (D.D.C. 1999),
*aff'd*, No. 99-7137, 2000 WL 33363291 (D.C. Cir. Apr. 19, 2000) .......... 10

**FEDERAL RULES AND STATUTES**

17 U.S.C. § 106(1) .......... 10

17 U.S.C. § 410(c) .......... 10

17 U.S.C. § 411(a) .......... 9

17 U.S.C. § 412 .......... 9

17 U.S.C. § 501(a) .......... 10

17 U.S.C. § 507(b) .......... 8

Fed R. Civ. P. 56(c)(2) .......... 9

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT OF INFRINGEMENT**

Plaintiff Warren Communications News, Inc. moves for summary judgment that Defendants Warrantech Corporation and Warrantech Consumer Product Services, Inc. infringed 239 separately copyrighted issues of its *Consumer Electronics Daily* newsletter.

## I. Introduction

Defendants Warrantech Corporation and Warrantech Consumer Product Services, Inc. (collectively "Warrantech") systematically forwarded entire issues of the copyrighted electronic newsletter of Plaintiff Warren Communications News, Inc. ("Warren "), thus creating and distributing multiple copies. Despite Warrantech's practice of deleting most emails after 90 days, discovery revealed direct evidence of the copying of 239 issues of Warren's *Consumer Electronics Daily* ("*CED*"). By this motion, Plaintiff seeks summary judgment that Defendants are liable for those 239 infringements, leaving for a later day all issues of remedy, as well as liability for other infringements where the copying will be proved circumstantially.

Plaintiff promptly registered and holds approved copyright registration certificates for each of the 239 issues addressed by this motion. The certificates show that Plaintiff owns the copyright in each issue. Because Defendants' forwarding copied the entirety of each issue, protected content clearly was taken. Thus, the two elements of prima facie infringement -- ownership of a registered work and copying of protected content -- are established.

Defendants cannot establish any authority for their copying. To the contrary, in addition to the multiple copyright warnings and notices they received on each issue, their subscriber signed two subscription agreements that explicitly did not authorize creation of multiple copies by forwarding or otherwise. Assertions by Defendants' subscriber that he had an oral agreement different than the plain language of the two written subscription agreements are not admissible

into evidence and cannot raise a genuine issue of fact - quite apart from their facial incredibility. Since the copying took the entirety of each work without any transformation for use by a commercial business, and in a way that diminished Plaintiff's market, there can be no claim of fair use. Nor does Warrantech have evidence to sustain any other defense.

## II. The Undisputed Facts Demonstrate That Warrantech Copied 239 Copyrighted Issues Of Warren's *Consumer Electronics Daily* Newsletter.

The undisputed facts, established by evidence adduced during discovery and the accompanying declarations, demonstrate that Warrantech officers copied without authority 239 copyrighted issues of Warren's *Consumer Electronics Daily* newsletter published between December 22, 2005 and February 19, 2008.

### A. *CED* Is Warren's Copyrighted Newsletter.

Throughout the relevant time period, Plaintiff Warren Communications News, Inc. has created and published a newsletter named *Consumer Electronics Daily* ("*CED*").[1] *CED* provides current news and analysis useful to those in the consumer electronics business. Each issue contains the following three parts: (a) *Today's News*, appearing at the top of the front page and consisting of a series of short summaries that, collectively, encapsulate the key events covered by the issue; (b) a series of bylined stories on various developments; and (c) a series of "Notes," one paragraph pieces, typically without bylines.[2]

*CED* is and has been published each weekday that is not a federal government holiday.[3] A twelve-month subscription entitles the recipient to 250 issues.[4] During the relevant period, each issue has been delivered as a PDF attachment to an email from Warren.[5]

---

[1] See Warren's Statement of Material Facts Not In Dispute, ¶¶ 1, 2. Hereinafter the numbered paragraphs in that document are cited as "Fact_" (here Fact 1, Fact 2).

[2] Fact 15. See also Attach. A to Warren's Statement of Material Facts (sample issue).

[3] Fact 3.

Warren has placed copyright notices on each issue of *CED*.[6] Each issue also contained the statement, "Reproduction or retransmission in any form, without written permission, is a violation of federal statute," on the front page and elsewhere.[7]

Warren Communications News, Inc. systematically registers its copyrights on issues of its *Consumer Electronics Daily* newsletters with the United States Copyright Office.[8] Each of the 239 *Consumer Electronics Daily* issues as to which a finding of infringement is sought by this motion is covered by a Certificate of Registration bearing an effective date that is within three months following the issue's publication date.[9] Attachment A hereto is a listing that shows the publication date of each of the 239 issues together with the number and effective date of its Certificate of Registration.[10]

**B. Steve Williams Subscribed To *CED* And Agreed To Terms Of Use.**

Steve Williams is a Senior Vice President of defendant Warrantech Consumer Product Services, Inc. and has held positions in that company since prior to June 1, 2004.[11] During June 2004, in the course of his duties for Warrantech, Steve Williams subscribed to *Consumer Electronics Daily*.[12]

---

[4] Fact 4.

[5] Fact 7.

[6] Fact 5.

[7] Fact 6.

[8] Facts 57, 60.

[9] Fact 58.

[10] *Id.*

[11] Fact 8.

[12] Fact 9.

On June 14, 2004, Steve Williams signed Warren's then standard letter subscription agreement specifying terms of use for *CED*.[13] That agreement provided in relevant part as follows:[14]

> Because it's so easy to misunderstand, we must remind you that under the copyright law, receiving an electronic subscription to **Consumer Electronics Daily** does not give you any different rights from those available with a print subscription. Just as you may not copy a print version of **Consumer Electronics Daily** for any reason, so, too, you may not make copies from your electronic version.
>
> Our subscription agreement with you allows you to have only one issue of **Consumer Electronics Daily**. This means that you may only have one copy of **Consumer Electronics Daily** in all media at any one time. If you use your electronic version of **Consumer Electronics Daily** to make a hard copy printout (as we allow you to do), you must immediately erase the electronic version. If you forward a copy to someone else, you must immediately erase the original copy from your computer.

Steve Williams' subscription to *CED* became effective on or about June 15, 2004.[15] Under that subscription, issues of *CED* were delivered to Steve Williams by email addressed to steve_williams@warrantech.com.[16] The costs of this subscription were borne by Defendant Warrantech Consumer Product Services, Inc.[17]

[13] Fact 10.

[14] Fact 11.

[15] Fact 12.

[16] Fact 13. See also first page of Attach. A to Warren's Statement of Material Facts for an illustrative delivery email.

[17] Fact 20.

### C. Williams and Other Warrantech Officials Made Unauthorized Copies of 239 Issues.

Despite the warnings on each issue of *Consumer Electronics Daily* and the agreements that "you may not make copies from your electronic version" and that "you may have only one copy of *Consumer Electronics Daily* in all media at any one time,"[18] Steve Williams regularly forwarded the Warren delivery email with the PDF issue of *Consumer Electronics Daily* attached to officials of Warrantech Consumer Product Services, Inc. and/or Warrantech Corporation.[19] This forwarding was accomplished using the computer facilities owned and operated by defendant Warrantech Corporation, which provides computer services to its subsidiaries.[20]

Warrantech Corporation has established a general practice, for itself and its subsidiaries, of automatically destroying emails after 90 days.[21] Thus, much direct evidence of its wrongdoing was eliminated. However, the destruction process does not reach emails of some executives and some emails stored on the local hard drive of a computer.[22] Steve Williams maintained a personal storage folder on his Warrantech computer hard drive that contains 286 delivery emails with different issues of *Consumer Electronics Daily* attached.[23] Of that total,

---

[18] Facts 5, 6, 11, 18.

[19] Facts 21, 36, 37, 31. See Attach. B to Warren's Statement of Material Facts for an example of a forwarded email with attached issue of *Consumer Electronic Daily*.

[20] Facts 22, 23.

[21] Fact 25.

[22] *Id.*

[23] Fact 26.

225 delivery emails bear a message in the Microsoft Outlook Infobar, stating, "You forwarded this message on [date and time]."[24]

A Microsoft Outlook Infobar message in the form "You forwarded this message" indicates that the email either was forwarded to another computer or that the forwarding process was begun but not completed and the draft forwarding email was saved to Mr. Williams' "draft" folder.[25] Warrantech offers no evidence that Mr. Williams regularly began but failed to complete forwarding.

To illustrate, the delivery email with the February 1, 2006 issue of *CED* attached that is in Mr. Williams' personal storage folder bears the Microsoft Outlook Infobar message, "You forwarded this message on 2/1/06 8:00 AM."[26] Another copy of this delivery email produced by Warrantech shows on its face that it and the attached *CED* issue were forwarded by Steve Williams to Warrantech Corporation CEO Joel San Antonio on February 1, 2006 at 8:00 a.m.[27]

Similarly, the delivery email with the February 27, 2007 issue of *CED* attached that is in Mr. Williams storage folder bears the Infobar message, "You forwarded this message on 2/27/07 8:32 AM."[28] Warrantech produced another copy of this delivery email that shows on its face that it and the attached *CED* issue were received by Warrantech Consumer Products Services, Inc. President Sean Hicks on February 27, 2007 at 8:33 a.m. from Steve Williams and then forwarded

---

[24] The issue dates of these 225 issues and their Infobar messages are listed in Attachment B to Warren's Statement of Material Facts (Fact 29, Kirby Decl. Ex. 34). At trial Warren will show that other issues delivered under the Williams subscription were infringed as well.

[25] Fact 28.

[26] Fact 30. See also Attach. B to Warren's Statement of Material Facts.

[27] Fact 31. See also Attach. C to Warren's Statement of Material Facts.

[28] Fact 29. See also Attach. B to Warren's Statement of Material Facts.

electronically again by Hicks to Bob Oliver and Matt Oliver with the message, "Hey guys check out the article on page 3 concerning Costco."[29]

In addition to the 225 issues shown forwarded by the copy in Mr. Williams' personal storage folder, delivery emails for 14 other issues produced by Warrantech show on their face that the *CED* issue was forwarded one or more times.[30]

To illustrate, copies of the delivery email with a copy of the June 15, 2007 issue of *Consumer Electronics Daily* attached show on their face that the issue was forwarded by Williams to San Antonio and by Williams to Hicks.[31] A copy of the delivery email for the February 1, 2007 issue of *CED* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Warrantech employee Michele Gloeckler with the message, "Read the article about Harvey's."[32] A copy of the delivery email with a copy of the December 6, 2007 *CED* issue attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Jeanine Folz, Karen Hovenden, and Catherine Whitsell with the message, "Please see the article about projection TV's."[33] Similar forwarding is shown for the other issues in question. A copy of the delivery email for the February 19, 2008 issue of *CED* shows on its face that it was

---

[29] Fact 47.

[30] These are the *Consumer Electronics Daily* issues for February 1, 2007; May 18, 2007; May 23, 2007; June 11, 2007; June 12, 2007; June 15, 2007; August 8, 2007; August 21, 2007; August 24, 2007; October 29, 2007, December 6, 2007; January 24, 2008; February 15, 2008; and February 19, 2008. Facts 46, 38, 39, 40, 41, 42, 43, 45, 49, 50, 44, 51, 52, 53, 54 and 55.

[31] Facts 42, 43.

[32] Fact 46.

[33] Fact 51.

forwarded by Williams to Hicks and by Hicks to Neal Bobrick with the comment, "something Steve shares every morning."[34]

Warren came to suspect such copying and retained attorney Thomas Kirby to pursue its claim for infringement. Mr. Kirby sent Mr. San Antonio a cease and desist letter on February 19, 2008, which letter offered Warrantech the opportunity to seek an amicable resolution provided a statute of limitations tolling agreement could be reached.[35] Warrantech General Counsel David May agreed to tolling by his May 13, 2008 letter.[36] Tolling continued until November 10, 2008, when Mr. Kirby's email confirmed that pre-suit negotiations had ended.[37] The tolling period lasted 233 days.[38] Warren commenced this action by filing its complaint against Warrantech Corporation and Warrantech Consumer Product Services, Inc. on March 5, 2009.[39]

## III. Warren Is Entitled To Summary Judgment That The 239 *CED* Issues Were Infringed By Defendants.

To maintain a claim for copyright infringement, a plaintiff must establish that it owns the copyrights in specific works, that those copyrights have been timely registered, and that the

---

[34] Fact 54.

[35] Fact 56.

[36] Fact 61.

[37] Fact 62.

[38] Fact 63.

[39] Fact 64. The present motion raises no statute of limitations issues. Section 507(b) of the Copyright Act bars a civil action "unless it is commenced within three years after the claim is accrued." 17 U.S.C. § 507(b). That limit is subject to a discovery rule, but, putting that rule aside, there still is no issue. The earliest publication date among the *CED* issues that are the subject of this motion was December 22, 2005. Assuming, as was the case, that the infringement occurred on or shortly after publication (and delivery to the subscriber), the earliest a three-year limitations period could have run would have been December 22, 2008 (as to the December 22, 2005 *CED* issue). However, the parties tolled the running of the statute by agreement for a period of 233 days between March 13, 2008 and November 10, 2008. Extending the limitations period by that 233 day tolling period causes the three-year period to end on August 12, 2009. Because Warren commenced this action on March 5, 2009, the action clearly is timely as to all the works addressed by this motion.

defendant engaged in acts that infringed those copyrights. *Sturdza v. United Arab Emirates*, 281 F.3d 1287, 1295 (D.C. Cir. 2002); *Scott-Blanton v. Univ. City Studios Prods. LLP*, 539 F. Supp 2d 191, 197 (D.D.C. 2008), *aff'd*, 308 Fed. Appx. 452 (D.C. Cir. 2009) ; *Newborn v. Yahoo!, Inc.*, 391 F. Supp. 2d 181, 186 (D.D.C. 2005).

Summary judgment is appropriate when "the pleadings, the discovery and disclosure on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c)(2); see also *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986); *Diamond v. Atwood*, 43 F.3d 1538, 1540 (D.C. Cir. 1995).

The undisputed facts established by the evidence of record accompanying this motion demonstrate that Warren is entitled to summary judgment that its copyright in each of the 239 subject issues of *Consumer Electronics Daily* has been infringed by Warrantech Consumer Product Services, Inc. and by Warrantech Corporation.

**A. Warren's Copyrights Were Timely Registered.**

In order to prevail, Warren must establish that its copyrights in each issue were timely registered with the Copyright Office. The Copyright Act provides generally that "no action for infringement of the copyright in any United States work shall be instituted until pre-registration or registration of the copyright claim has been made in accordance with" the Act. 17 U.S.C. § 411(a). Where, as in this action, statutory damages are sought, registration must be "made within three months after the first publication of the work." 17 U.S.C. § 412.

Undisputed facts establish that those standards are met here.[40] Warren's copyrights in each of the 239 issues are evidenced by copies of the Certificates of Registration that are

---

[40] Facts 57, 58, 59, 60.

Exhibits to the Declaration of Gina Storr that accompanies this motion.[41] As inspection of those Certificates will confirm, each of the 239 issues is covered by a certificate whose effective date is less than three months later than the issue's date of publication (see also Attachment A hereto, which arrays that information).

It is well settled that "a certificate of registration issued by the Copyright Office within five years after the first publication of the work constitutes prima facie evidence of a valid copyright and of the facts stated therein." *Scott-Blanton*, 539 F. Supp. 2d at 197; 17 U.S.C. § 410(c); *see also Whitehead v. Paramount Pictures Corp.*, 53 F. Supp. 2d 38, 46 (D.D.C. 1999), *aff'd*, No. 99-7137, 2000 WL 33363291 (D.C. Cir. 2000). Warren is entitled to that presumption with respect to each of the subject 239 issues of *Consumer Electronics Daily*.

**B. Defendants Copied The 239 Issues.**

Each of the 239 issues was infringed by the defendants. Section 106 of the Copyright Act confers on the owner of copyright the "exclusive rights" to "reproduce the copyrighted work in copies." 17 U.S.C. § 106(1). Section 501(a) of the Act provides that anyone "who violates any of the exclusive rights of the copyright owner ... is an infringer of the copyright...." 17 U.S.C. § 501(a).

The email evidence produced from Warrantech's files and the deposition testimony of its officers show that Warrantech Consumer Product Services, Inc. officers Williams and Hicks made unauthorized copies. The copies of 225 issues maintained in Steve Williams' personal storage files show that he retained one copy (at least) of each of those issues. By forwarding them also (as shown by the Infobar messages in their stored cover emails), Williams provided copies to the forwardees as well (resulting in there being more than one copy).

[41] *See* Storr Decl. Exs. 1-3, 5-6, 8-24..

Similarly, the documents produced by Warrantech show that the other 14 issues were copied one or more times. To illustrate, when Williams forwarded the December 6, 2007 issue of *CED* to Hicks, and Hicks then forwarded it to Folz, Hovenden and Whitsell, that resulted in all five of those persons having copies (four more than Warren had authorized).

The courts have consistently found that such electronic transmission constitutes copying. *Lowry's Reports, Inc. v. Legg Mason, Inc.*, 271 F. Supp. 2d 737, 745 (D. Md. 2003) ("Unauthorized electronic transmission of copyrighted text, from the memory of one computer into the memory of another, creates an infringing 'copy' under the Copyright Act.") (Citing *MAI Sys. Corp. v. Peak Computer, Inc.*, 991 F.2d 511, 518-19 (9th Cir. 1993)) ("binding that unauthorized transfer of copyrighted material into a computer's random access memory infringed owner's copyrights"). Because its officials engaged in such unauthorized copying in furtherance of their job responsibilities, Warrantech Consumer Product Services, Inc. infringed Warren's copyrights in all 239 works.

Warrantech Corporation is liable for vicarious copyright infringement. *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 545 U.S. 913, 930 (2005) (one "infringes vicariously by profiting from direct infringement while declining to exercise a right to stop or limit it"); *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004, 1022 (9th Cir. 2001) (vicarious liability exists where "defendant has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities") (internal quotations omitted); *Cass County Music Co. v. C.H.L.R., Inc.*, 88 F.3d 635, 638 (8th Cir. 1996) (vicarious liability lies where defendant "had the right and ability to supervise" and had "a financial interest in the use of the copyrighted songs"). Warrantech Corporation owned and operated the computer system used by Williams

and Hicks in making the infringing copies.[42] It provided and enforced the rules governing use of that system.[43] It clearly had the right and ability to supervise the infringing activity. Warrantech, as owner of Warrantech Consumer Product Services, Inc., benefitted directly from cost-savings achieved by the subsidiary through infringement as well as from profits earned by the subsidiary from knowledge gained through infringement.[44] Moreover, some infringing copies went directly to Warrantech Corporation CEO Joel San Antonio,[45] which gave the parent both the benefits of those issues and knowledge of the forwarding practices followed by Williams.[46] Thus, Warrantech Corporation is vicariously liable for infringing all 239 works.

**C. Warrantech Had No Authority To Make Copies.**

The undisputed facts summarized above establish that Defendant Warrantech Consumer Product Services, Inc. Senior Vice President Steve Williams, acting within the scope of his job duties, copied each of the 239 issues of *Consumer Electronics Daily* without authority from Warren and thus infringed its copyrights. As stated on each issue of the newsletter, "reproduction or retransmission in any form, without written permission, is a violation of federal statute." The only writing concerning copying was that contained in the subscription agreements signed by Mr. Williams. That agreement made clear it did not authorize actions that would result in more than one copy ("you may only have one copy of *Consumer Electronics Daily* in all media at any one time").

---

[42] Facts 22, 23.

[43] Fact 25.

[44] Fact 24.

[45] Facts 35, 37, 38, 39, 42, 44, 45.

[46] Facts 11, 18, 19.

During his deposition, Steve Williams sought to testify that he made an oral agreement with Warren's sales representative that authorized Williams to forward each issue of *CED* to two other Warrantech executives while retaining his own copy, thus obtaining at least three copies for the price of one. If such an argument is raised in opposition to the present motion, it should be rejected.

Mr. Williams acknowledged that the supposed oral agreement is contrary to the two written subscription agreements he signed, and he recognized that when he signed. And it is black letter law that extrinsic evidence cannot be offered to vary the plain meaning of a written contract. *Am. Fed. Gov't Employees v. FLRA,* 470 F.3d 375, (D.C. Cir. 2006) (collecting authority). That rule fully applies in copyright infringement actions. *Automation by Design, Inc. v. Raybestos Prods. Co.,* 463 F.3d 749, 754-56 (7th Cir. 2006).

In *Perry v. Sonic Graphic Systems., Inc.*, 94 F. Supp. 2d 616, 617-18 (E.D. Pa. 2000), a written agreement authorized the defendant to make "[o]ne time non-exclusive use of . . . the images for . . . up to 2,000 copies ... for local distribution only.'" Defendant offered extrinsic evidence that its dealings with plaintiff authorized broader rights of use than the written agreement specified. *Id.* at 618-19. The court held, however, that extrinsic evidence could not be relied upon to give the written provisions meanings that their language clearly would not bear. *Id.* at 619-20. For example, distribution in Oregon plainly was not "local distribution." *Id.* 620 Thus, defendant could not offer extrinsic evidence to expand its written authority to justify its conduct, and the Oregon distribution constituted copyright infringement as a matter of law. *Id.* at 621-22.

The two written subscription agreements signed by Mr. Williams clearly limited the authority being granted, specifying that "you may not make copies from your electronic version,

even for 'internal' use within your company." Fact 18. They made clear that Warren did not authorize anything beyond "only one copy of **Consumer Electronics Daily** in all media at any one time." *Id.* They provided that, "If you forward a copy to someone else (even within your own company), you must immediately erase the original copy from your computer." *Id.* This language plainly did not authorize Mr. Williams to follow a practice of forwarding copies while retaining his own copy. Thus, any proffered extrinsic evidence must be excluded, and consequently, cannot be relied on to defeat summary judgment of infringement.

Warrantech has no evidence sufficient to establish a justification or defense of its *prima facie* infringement. To the extent that it attempts to raise such a defense, Warren's Reply will demonstrate that it is baseless.

## IV. Conclusion

For the reasons stated above, Warren's motion for summary judgment should be granted. Both defendants should be found to have infringed Warren's copyrights in each of the 239 issues of *Consumer Electronics Daily* that are the subject of this motion.

Respectfully submitted,

/s/ Thomas W. Kirby

March 18, 2010

Thomas W. Kirby (D.C. Bar No. 815231)
Bruce L. McDonald (D.C. Bar No. 74329)
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Plaintiff*
Warren Communications News, Inc.

## ATTACHMENT A

## PUBLICATION DATES OF 239 *CONSUMER ELECTRONICS DAILY* ISSUES SHOWN COPIED AND THEIR COPYRIGHT CERTIFICATE OF REGISTRATION INFORMATION

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| 1. | 12/22/05 | TX0006300655 | 1/24/06 |
| 2. | 12/23/05 | TX0006300655 | 1/24/06 |
| 3. | 12/27/05 | TX0006300655 | 1/24/06 |
| 4. | 12/28/05 | TX0006300655 | 1/24/06 |
| 5. | 12/30/05 | TX0006300655 | 1/24/06 |
| 6. | 1/3/06 | TX0006340549 | 3/3/06 |
| 7. | 1/4/06 | TX0006340549 | 3/3/06 |
| 8. | 1/6/06 | TX0006340549 | 3/3/06 |
| 9. | 1/9/06 | TX0006340549 | 3/3/06 |
| 10. | 1/10/06 | TX0006340549 | 3/3/06 |
| 11. | 1/11/06 | TX0006340549 | 3/3/06 |
| 12. | 1/12/06 | TX0006340549 | 3/3/06 |
| 13. | 1/13/06 | TX0006340549 | 3/3/06 |
| 14. | 1/17/06 | TX0006340549 | 3/3/06 |
| 15. | 1/18/06 | TX0006340549 | 3/3/06 |
| 16. | 1/19/06 | TX0006340549 | 3/3/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **17.** | 1/20/06 | TX0006340549 | 3/3/06 |
| **18.** | 1/23/06 | TX0006340549 | 3/3/06 |
| **19.** | 1/24/06 | TX0006340549 | 3/3/06 |
| **20.** | 1/25/06 | TX0006340549 | 3/3/06 |
| **21.** | 1/26/06 | TX0006340549 | 3/3/06 |
| **22.** | 1/27/06 | TX0006340549 | 3/3/06 |
| **23.** | 1/30/06 | TX0006340549 | 3/3/06 |
| **24.** | 1/31/06 | TX0006340549 | 3/3/06 |
| **25.** | 2/1/06 | TX0006340548 | 3/14/06 |
| **26.** | 2/2/06 | TX0006340548 | 3/14/06 |
| **27.** | 2/3/06 | TX0006340548 | 3/14/06 |
| **28.** | 2/6/06 | TX0006340548 | 3/14/06 |
| **29.** | 2/7/06 | TX0006340548 | 3/14/06 |
| **30.** | 2/8/06 | TX0006340548 | 3/14/06 |
| **31.** | 2/9/06 | TX0006340548 | 3/14/06 |
| **32.** | 2/10/06 | TX0006340548 | 3/14/06 |
| **33.** | 2/14/06 | TX0006340548 | 3/14/06 |
| **34.** | 2/15/06 | TX0006340548 | 3/14/06 |
| **35.** | 2/17/06 | TX0006340548 | 3/14/06 |
| **36.** | 2/21/06 | TX0006340548 | 3/14/06 |
| **37.** | 2/22/06 | TX0006340548 | 3/14/06 |
| **38.** | 2/23/06 | TX0006340548 | 3/14/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| 39. | 2/24/06 | TX0006340548 | 3/14/06 |
| 40. | 2/28/06 | TX0006340548 | 3/14/06 |
| 41. | 3/1/06 | TX0006337638 | 5/2/06 |
| 42. | 3/2/06 | TX0006337638 | 5/2/06 |
| 43. | 3/6/06 | TX0006337638 | 5/2/06 |
| 44. | 3/7/06 | TX0006337638 | 5/2/06 |
| 45. | 3/8/06 | TX0006337638 | 5/2/06 |
| 46. | 3/9/06 | TX0006337638 | 5/2/06 |
| 47. | 3/10/06 | TX0006337638 | 5/2/06 |
| 48. | 3/13/06 | TX0006337638 | 5/2/06 |
| 49. | 3/14/06 | TX0006337638 | 5/2/06 |
| 50. | 3/15/06 | TX0006337638 | 5/2/06 |
| 51. | 3/16/06 | TX0006337638 | 5/2/06 |
| 52. | 3/17/06 | TX0006337638 | 5/2/06 |
| 53. | 3/20/06 | TX0006337638 | 5/2/06 |
| 54. | 3/21/06 | TX0006337638 | 5/2/06 |
| 55. | 3/23/06 | TX0006337638 | 5/2/06 |
| 56. | 3/24/06 | TX0006337638 | 5/2/06 |
| 57. | 3/28/06 | TX0006337638 | 5/2/06 |
| 58. | 3/29/06 | TX0006337638 | 5/2/06 |
| 59. | 3/30/06 | TX0006337638 | 5/2/06 |
| 60. | 3/31/06 | TX0006337638 | 5/2/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **61.** | 4/3/06 | TX0006348331 | 5/26/06 |
| **62.** | 4/4/06 | TX0006348331 | 5/26/06 |
| **63.** | 4/6/06 | TX0006348331 | 5/26/06 |
| **64.** | 4/7/06 | TX0006348331 | 5/26/06 |
| **65.** | 4/10/06 | TX0006348331 | 5/26/06 |
| **66.** | 4/11/06 | TX0006348331 | 5/26/06 |
| **67.** | 4/12/06 | TX0006348331 | 5/26/06 |
| **68.** | 4/13/06 | TX0006348331 | 5/26/06 |
| **69.** | 4/14/06 | TX0006348331 | 5/26/06 |
| **70.** | 4/18/06 | TX0006348331 | 5/26/06 |
| **71.** | 4/19/06 | TX0006348331 | 5/26/06 |
| **72.** | 4/20/06 | TX0006348331 | 5/26/06 |
| **73.** | 4/21/06 | TX0006348331 | 5/26/06 |
| **74.** | 4/24/06 | TX0006348331 | 5/26/06 |
| **75.** | 4/25/06 | TX0006348331 | 5/26/06 |
| **76.** | 4/26/06 | TX0006348331 | 5/26/06 |
| **77.** | 4/27/06 | TX0006348331 | 5/26/06 |
| **78.** | 4/28/06 | TX0006348331 | 5/26/06 |
| **79.** | 5/1/06 | TX0006375576 | 6/15/06 |
| **80.** | 5/2/06 | TX0006375576 | 6/15/06 |
| **81.** | 5/3/06 | TX0006375576 | 6/15/06 |
| **82.** | 5/4/06 | TX0006375576 | 6/15/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **83.** | 5/8/06 | TX0006375576 | 6/15/06 |
| **84.** | 5/9/06 | TX0006375576 | 6/15/06 |
| **85.** | 5/10/06 | TX0006375576 | 6/15/06 |
| **86.** | 5/12/06 | TX0006375576 | 6/15/06 |
| **87.** | 5/15/06 | TX0006375576 | 6/15/06 |
| **88.** | 5/16/06 | TX0006375576 | 6/15/06 |
| **89.** | 5/17/06 | TX0006375576 | 6/15/06 |
| **90.** | 5/24/06 | TX0006375576 | 6/15/06 |
| **91.** | 5/30/06 | TX0006375576 | 6/15/06 |
| **92.** | 5/31/06 | TX0006375576 | 6/15/06 |
| **93.** | 6/1/06 | TX0006425049 | 7/20/06 |
| **94.** | 6/2/06 | TX0006425049 | 7/20/06 |
| **95.** | 6/6/06 | TX0006425049 | 7/20/06 |
| **96.** | 6/7/06 | TX0006425049 | 7/20/06 |
| **97.** | 6/8/06 | TX0006425049 | 7/20/06 |
| **98.** | 6/9/06 | TX0006425049 | 7/20/06 |
| **99.** | 6/12/06 | TX0006425049 | 7/20/06 |
| **100.** | 6/13/06 | TX0006425049 | 7/20/06 |
| **101.** | 6/14/06 | TX0006425049 | 7/20/06 |
| **102.** | 6/15/06 | TX0006425049 | 7/20/06 |
| **103.** | 6/16/06 | TX0006425049 | 7/20/06 |
| **104.** | 6/19/06 | TX0006425049 | 7/20/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **105.** | 6/20/06 | TX0006425049 | 7/20/06 |
| **106.** | 6/21/06 | TX0006425049 | 7/20/06 |
| **107.** | 6/22/06 | TX0006425049 | 7/20/06 |
| **108.** | 6/26/06 | TX0006425049 | 7/20/06 |
| **109.** | 7/7/06 | TX0006425047 | 8/11/06 |
| **110.** | 7/14/06 | TX0006425047 | 8/11/06 |
| **111.** | 7/17/06 | TX0006425047 | 8/11/06 |
| **112.** | 7/18/06 | TX0006425047 | 8/11/06 |
| **113.** | 7/19/06 | TX0006425047 | 8/11/06 |
| **114.** | 7/20/06 | TX0006425047 | 8/11/06 |
| **115.** | 7/21/06 | TX0006425047 | 8/11/06 |
| **116.** | 7/24/06 | TX0006425047 | 8/11/06 |
| **117.** | 7/25/06 | TX0006425047 | 8/11/06 |
| **118.** | 7/26/06 | TX0006425047 | 8/11/06 |
| **119.** | 7/27/06 | TX0006425047 | 8/11/06 |
| **120.** | 7/28/06 | TX0006425047 | 8/11/06 |
| **121.** | 7/31/06 | TX0006425047 | 8/11/06 |
| **122.** | 8/2/06 | TX0006508679 | 9/20/06 |
| **123.** | 8/4/06 | TX0006508679 | 9/20/06 |
| **124.** | 8/7/06 | TX0006508679 | 9/20/06 |
| **125.** | 8/8/06 | TX0006508679 | 9/20/06 |
| **126.** | 8/9/06 | TX0006508679 | 9/20/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **127.** | 8/10/06 | TX0006508679 | 9/20/06 |
| **128.** | 8/11/06 | TX0006508679 | 9/20/06 |
| **129.** | 8/14/06 | TX0006508679 | 9/20/06 |
| **130.** | 8/15/06 | TX0006508679 | 9/20/06 |
| **131.** | 8/16/06 | TX0006508679 | 9/20/06 |
| **132.** | 8/17/06 | TX0006508679 | 9/20/06 |
| **133.** | 8/18/06 | TX0006508679 | 9/20/06 |
| **134.** | 8/21/06 | TX0006508679 | 9/20/06 |
| **135.** | 8/22/06 | TX0006508679 | 9/20/06 |
| **136.** | 8/23/06 | TX0006508679 | 9/20/06 |
| **137.** | 8/24/06 | TX0006508679 | 9/20/06 |
| **138.** | 8/25/06 | TX0006508679 | 9/20/06 |
| **139.** | 8/28/06 | TX0006508679 | 9/20/06 |
| **140.** | 8/29/06 | TX0006508679 | 9/20/06 |
| **141.** | 8/30/06 | TX0006508679 | 9/20/06 |
| **142.** | 8/31/06 | TX0006508679 | 9/20/06 |
| **143.** | 9/1/06 | TX0006528697 | 10/27/06 |
| **144.** | 9/5/06 | TX0006528697 | 10/27/06 |
| **145.** | 9/6/06 | TX0006528697 | 10/27/06 |
| **146.** | 9/7/06 | TX0006528697 | 10/27/06 |
| **147.** | 9/8/06 | TX0006528697 | 10/27/06 |
| **148.** | 9/11/06 | TX0006528697 | 10/27/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **149.** | 9/13/06 | TX0006528697 | 10/27/06 |
| **150.** | 9/14/06 | TX0006528697 | 10/27/06 |
| **151.** | 9/15/06 | TX0006528697 | 10/27/06 |
| **152.** | 9/18/06 | TX0006528697 | 10/27/06 |
| **153.** | 9/19/06 | TX0006528697 | 10/27/06 |
| **154.** | 9/20/06 | TX0006528697 | 10/27/06 |
| **155.** | 9/21/06 | TX0006528697 | 10/27/06 |
| **156.** | 9/22/06 | TX0006528697 | 10/27/06 |
| **157.** | 9/25/06 | TX0006528697 | 10/27/06 |
| **158.** | 9/26/06 | TX0006528697 | 10/27/06 |
| **159.** | 9/27/06 | TX0006528697 | 10/27/06 |
| **160.** | 10/3/06 | TX0006508717 | 11/24/06 |
| **161.** | 10/4/06 | TX0006508717 | 11/24/06 |
| **162.** | 10/5/06 | TX0006508717 | 11/24/06 |
| **163.** | 10/6/06 | TX0006508717 | 11/24/06 |
| **164.** | 10/10/06 | TX0006508717 | 11/24/06 |
| **165.** | 10/11/06 | TX0006508717 | 11/24/06 |
| **166.** | 10/12/06 | TX0006508717 | 11/24/06 |
| **167.** | 10/13/06 | TX0006508717 | 11/24/06 |
| **168.** | 10/16/06 | TX0006508717 | 11/24/06 |
| **169.** | 10/17/06 | TX0006508717 | 11/24/06 |
| **170.** | 10/19/06 | TX0006508717 | 11/24/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **171.** | 10/20/06 | TX0006508717 | 11/24/06 |
| **172.** | 10/24/06 | TX0006508717 | 11/24/06 |
| **173.** | 10/26/06 | TX0006508717 | 11/24/06 |
| **174.** | 10/27/06 | TX0006508717 | 11/24/06 |
| **175.** | 10/30/06 | TX0006508717 | 11/24/06 |
| **176.** | 10/31/06 | TX0006508717 | 11/24/06 |
| **177.** | 11/1/06 | TX0006650997 | 12/22/06 |
| **178.** | 11/2/06 | TX0006650997 | 12/22/06 |
| **179.** | 11/3/06 | TX0006650997 | 12/22/06 |
| **180.** | 11/6/06 | TX0006650997 | 12/22/06 |
| **181.** | 11/7/06 | TX0006650997 | 12/22/06 |
| **182.** | 11/8/06 | TX0006650997 | 12/22/06 |
| **183.** | 11/9/06 | TX0006650997 | 12/22/06 |
| **184.** | 11/13/06 | TX0006650997 | 12/22/06 |
| **185.** | 11/14/06 | TX0006650997 | 12/22/06 |
| **186.** | 11/15/06 | TX0006650997 | 12/22/06 |
| **187.** | 11/16/06 | TX0006650997 | 12/22/06 |
| **188.** | 11/17/06 | TX0006650997 | 12/22/06 |
| **189.** | 11/20/06 | TX0006650997 | 12/22/06 |
| **190.** | 11/21/06 | TX0006650997 | 12/22/06 |
| **191.** | 11/22/06 | TX0006650997 | 12/22/06 |
| **192.** | 11/24/06 | TX0006650997 | 12/22/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **193.** | 11/27/06 | TX0006650997 | 12/22/06 |
| **194.** | 11/29/06 | TX0006650997 | 12/22/06 |
| **195.** | 11/30/06 | TX0006650997 | 12/22/06 |
| **196.** | 12/4/06 | TX0006508677 | 1/22/07 |
| **197.** | 12/5/06 | TX0006508677 | 1/22/07 |
| **198.** | 12/7/06 | TX0006508677 | 1/22/07 |
| **199.** | 12/8/06 | TX0006508677 | 1/22/07 |
| **200.** | 12/20/06 | TX0006508677 | 1/22/07 |
| **201.** | 12/21/06 | TX0006508677 | 1/22/07 |
| **202.** | 12/22/06 | TX0006508677 | 1/22/07 |
| **203.** | 12/26/06 | TX0006508677 | 1/22/07 |
| **204.** | 12/28/06 | TX0006508677 | 1/22/07 |
| **205.** | 12/29/06 | TX0006508677 | 1/22/07 |
| **206.** | 1/4/07 | TX0006550419 | 2/5/07 |
| **207.** | 1/26/07 | TX0006550419 | 2/5/07 |
| **208.** | 1/29/07 | TX0006550419 | 2/5/07 |
| **209.** | 1/30/07 | TX0006550419 | 2/5/07 |
| **210.** | 1/31/07 | TX0006550419 | 2/5/07 |
| **211.** | 2/1/07 | TX0006550433 | 3/23/07 |
| **212.** | 2/2/07 | TX0006550433 | 3/23/07 |
| **213.** | 2/6/07 | TX0006550433 | 3/23/07 |
| **214.** | 2/7/07 | TX0006550433 | 3/23/07 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **215.** | 2/12/07 | TX0006550433 | 3/23/07 |
| **216.** | 2/13/07 | TX0006550433 | 3/23/07 |
| **217.** | 2/14/07 | TX0006550433 | 3/23/07 |
| **218.** | 2/15/07 | TX0006550433 | 3/23/07 |
| **219.** | 2/16/07 | TX0006550433 | 3/23/07 |
| **220.** | 2/20/07 | TX0006550433 | 3/23/07 |
| **221.** | 2/22/07 | TX0006550433 | 3/23/07 |
| **222.** | 2/23/07 | TX0006550433 | 3/23/07 |
| **223.** | 2/26/07 | TX0006550433 | 3/23/07 |
| **224.** | 2/27/07 | TX0006550433 | 3/23/07 |
| **225.** | 5/18/07 | TX0006587065 | 6/27/07 |
| **226.** | 5/23/07 | TX0006587065 | 6/27/07 |
| **227.** | 6/11/07 | TX0006627352 | 7/27/07 |
| **228.** | 6/12/07 | TX0006627352 | 7/27/07 |
| **229.** | 6/15/07 | TX0006627352 | 7/27/07 |
| **230.** | 6/26/07 | TX0006627352 | 7/27/07 |
| **231.** | 6/28/07 | TX0006627352 | 7/27/07 |
| **232.** | 8/8/07 | TX0006627351 | 9/17/07 |
| **233.** | 8/21/07 | TX0006627351 | 9/17/07 |
| **234.** | 8/24/07 | TX0006627351 | 9/17/07 |
| **235.** | 10/29/07 | TX0006648199 | 12/3/07 |
| **236.** | 12/6/07 | TX0006646291 | 1/24/08 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **237.** | 1/24/08 | TX0006646225 | 3/7/08 |
| **238.** | 2/15/08 | TX0006648017 | 3/28/08 |
| **239.** | 2/19/08 | TX0006648017 | 3/28/08 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WARREN COMMUNICATIONS NEWS, INC., )
)
Plaintiff, )
)
)
v. ) Civil Action No. 1:09 cv 00426 RWR
)
WARRANTECH CORP., *et al.*, )
)
Defendants. )
)

## WARREN'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Plaintiff Warren Communications News, Inc. submits this statement of material facts as to which there is no genuine issue, pursuant to LCvR 7(h)(1), in support of Warren's motion for summary judgment that defendants Warrantech Corporation and Warrantech Consumer Product Services, Inc. infringed Warren's timely registered copyrights on 239 separate issues of Warren's *Consumer Electronics Daily* newsletter. Each stated fact is accompanied by references to parts of the record relied on to support that fact.

| Undisputed Fact | Supporting Record References |
|---|---|
| **240.** Plaintiff Warren Communications News, Inc. publishes a newsletter named *Consumer Electronics Daily*. | Declaration of Paul Warren ¶3. (This declaration is cited hereinafter as "Warren Dec."); Declaration of Gina Storr, ¶¶ 2-3. (This declaration is cited hereinafter as "Storr Dec.") |
| **241.** Warren published *Consumer Electronics Daily* | Warren Dec. ¶3; Storr Dec., ¶¶ 2-3. |

| Undisputed Fact | Supporting Record References |
|---|---|
| between June 1, 2004 and June 30, 2008. | |
| **242.** At all times subsequent to June 1, 2004, *Consumer Electronics Daily* was published each weekday that was not a federal government holiday. | Warren Dec. ¶3. Storr Dec. ¶3. |
| **243.** A twelve-month subscription entitles the recipient to 250 issues of *Consumer Electronics Daily*. | Warren Dec. ¶3; Storr Dec. ¶3. |
| **244.** Warren Communications News, Inc. placed copyright notices on each issue of *Consumer Electronics Daily* published between June 1, 2004 and June 30, 2008. | Warren Dec. ¶5. |
| **245.** Each issue of *Consumer Electronics Daily* published between June 1, 2004 and June 30, 2008 contained the statement, "Reproduction or retransmission in any form, without written permission, is a violation of federal statute." | Warren Dec. ¶6. |
| **246.** Between June 1, 2004 and June 30, 2008, the *Consumer Electronics Daily* newsletter was delivered as a PDF attachment to an email sent by | Warren Dec. ¶9; Storr Dec. ¶3. |

| Undisputed Fact | Supporting Record References |
|---|---|
| Warren to the subscriber. | |
| **247.** Steve Williams is a Senior Vice President of Warrantech Consumer Product Services, Inc. and has held positions in that company since prior to June 1, 2004. | Deposition of Steve Williams, Tr. 5: 11-6:11 (Exhibit 29 (filed under seal) to the Declaration of Thomas W. Kirby (hereinafter cited as "Kirby Dec.")); Warrantech's Response to Warren's Interrogatory 2 (Kirby Dec. Ex. 31). |
| **248.** During June 2004, in the course of his duties for Warrantech, Steve Williams subscribed to *Consumer Electronics Daily*. | Warrantech's Response to Warren's Interrogatory 1 (Kirby Dec. Ex. 31). |
| **249.** Steve Williams signed Warren's standard letter subscription agreement specifying terms of use for *Consumer Electronics Daily* on June 14, 2004. | Warren Dec. ¶ 8; Kirby Dec. Ex. 5: Deposition of Steve Williams, Tr. 22:10-19 (Kirby Dec. Ex. 29, filed under seal) |
| **250.** The letter agreement signed by Steve Williams on June 14, 2004 contained the following language:<br><br>Because it's so easy to misunderstand, we must remind you that under the copyright law, receiving an electronic subscription to **Consumer Electronics Daily** does not give you any different rights from those available with a print | Kirby Dec. Ex. 5. |

| Undisputed Fact | Supporting Record References |
|---|---|
| subscription. Just as you may not copy a print version of **Consumer Electronics Daily** for any reason, so, too, you may not make copies from your electronic version. Our subscription agreement with you allows you to have only one issue of **Consumer Electronics Daily**. This means that you may only have one copy of **Consumer Electronics Daily** in all media at any one time. If you use your electronic version of **Consumer Electronics Daily** to make a hard copy printout (as we allow you to do), you must immediately erase the electronic version. If you forward a copy to someone else, you must immediately erase the original copy from your computer. | |
| **251.**Steve Williams' subscription to *Consumer Electronics Daily* became effective on or about June 15, 2004. | Warren Dec. ¶7. |
| **252.**Under Steve Williams' subscription, issues of *Consumer Electronics Daily* were delivered to Steve Williams by email addressed to | Warren Dec. ¶9. |

| Undisputed Fact | Supporting Record References |
|---|---|
| steve_williams@warrantech.com. | |
| **253.** Attachment A hereto consists of a copy of the February 1, 2006 issue of *Consumer Electronics Daily* together with a copy of the delivery email by which the issue was delivered to Steve Williams by Warren. | Kirby Dec. Ex. 6. |
| **254.** *Consumer Electronics Daily* provides current news and analysis useful to those in consumer electronics businesses. Each issue contains the following parts: (a) *Today's News*, appearing at the top of the front page and consists of a series of short summaries that, collectively, encapsulate the key events covered by the issue; (b) a series of bylined stories on various developments; and (c) a series of "Notes," one paragraph pieces, typically without bylines. | Warren Dec. ¶4. See e.g., the February 1, 2006 issue of Consumer Electronics Daily that appears as Attachment A hereto. |
| **255.** Steve Williams' subscription to *Consumer Electronics Daily* was renewed three times, expiring on June 11, 2008. | Warren Dec. ¶10. |

| Undisputed Fact | Supporting Record References |
|---|---|
| **256.**Steve Williams signed a second Warren letter agreement specifying terms of use for *Consumer Electronics Daily*, on May 22, 2007. | Warren Dec. ¶8; Kirby Dec. Ex. 7; Deposition of Steve Williams, Tr. 34:4-5 (Kirby Dec. Ex. 29, filed under seal). |
| **257.**The letter agreement signed by Steve Williams on May 22, 2007 contained the following language:<br>Under the copyright law, receiving an electronic subscription to **Consumer Electronics Daily** does not give you any different rights from those available with a print subscription. Just as you may not copy a print version of **Consumer Electronics Daily** for any reason, so, too, you may not make copies from your electronic version, even for "internal" use within your company.<br>This subscription agreement allows you and your company to have only one issue of **Consumer Electronics Daily**. This means that you may only have one copy of **Consumer Electronics Daily** in all media at any one time. If you use your electronic version of **Consumer Electronics Daily** to make a hard copy printout (as we allow you to do), you must immediately erase the electronic | Kirby Dec. Ex. 7. |

| Undisputed Fact | Supporting Record References |
| --- | --- |
| version. If you forward a copy to someone else (even within your company), you must immediately erase the original copy from your computer. | |
| **258.** No admissible evidence exists that Steve Williams received any other authority to copy in addition to that provided in the letter agreements signed by Steve Williams on June 14, 2004 and May 22, 2007. | Warren Dec. ¶8. |
| **259.** The costs of the subscriptions to *Consumer Electronics Daily* delivered to Steve Williams were borne by Defendant Warrantech Consumer Product Services, Inc. | Deposition of defendants' Rule 30 (b) (6) witness Sean Hicks (December 2, 2009), Tr. 10:5-13 (Kirby Dec. Ex. 30), filed under seal). Warrantech's response to Warren Interrogatory 1 (Kirby Dec. Ex. 31). |
| **260.** After June 15, 2004, Steve Williams regularly forwarded the Warren delivery emails with the attached PDF issue of *Consumer Electronics Daily* to officials of Warrantech Consumer Product Services, Inc. and/or Warrantech Corporation. | Warrantech's response to Warren Interrogatory 2 (Kirby Dec. Ex. 31). Deposition of Defendants' Rule 30 (b) (6) witness Laurence Wendel Tutt (Senior Vice President of Information Technology (Tr. 8:22)), Tr. 83:19-21 (Kirby Dec. Ex. 27); Hicks email forwarding February 19, 2008 issue of Consumer Electronics Daily (Kirby Dec. Ex. 25) says, "Something Steve shares every morning"; Deposition of Warrantech Consumer Product Services, Inc., President Sean Hicks (Tr. 6:16) Tr. 98:2-4 (Kirby Dec. Ex. 28); Deposition of Warrantech Consumer Product Services, Inc., Senior Vice president of Sales (Tr. 5:17-21) Tr. 42:6-10 (Kirby Dec. Ex. 29, filed under seal). |

| Undisputed Fact | Supporting Record References |
|---|---|
| **261.** The computer system to which Warren delivered *Consumer Electronics Daily* issues to Steve Williams is owned and operated by defendant Warrantech Corporation, which provides computer facilities and help desk services used by Defendant Warrantech Consumer Product Services, Inc. | Rule 30 (b) (6) deposition testimony of Laurence Wendel Tutt, Senior Vice President of Information Technology, Tr. 9:24-10:5, Tr. 16:4-8, Tr. 24:3-25: 22 (Kirby Dec. Ex. 27, filed under seal). |
| **262.** The Microsoft Outlook computer system Steve Williams used to forward emails with *Consumer Electronics Daily* attached to other Warrantech officials was owned and operated by Warrantech Corporation. | Steve Williams deposition, Tr. 44:1-3 (Kirby Dec. Ex. 29, filed under seal); Rule 30 (b) (6) deposition testimony of Laurence Wendell Tutt, Tr. 9:24-10:5, Tr. 16:4-8, Tr. 24:3-25:22 (Kirby Dec. Ex. 27, filed under seal). |
| **263.** Warrantech Corporation, as owner of Warrantech Consumer Product Services, Inc., benefits financially when Warrantech Consumer Product Services, Inc. earns profits or lowers costs. | Rule 30 (b) (6) deposition testimony of Richard Fortunato Gavino, Chief Financial Officer, Tr. 62:18-63:7 (Kirby Dec. Ex. 32, filed under seal); Rule 30 (b) (6) deposition testimony of Sean Hicks (Dec. Ex. 30, filed under seal). |

| Undisputed Fact | Supporting Record References |
|---|---|
| **264.** Warrantech Corporation has established a general practice, for itself and for its subsidiaries, of automatically destroying emails after 90 days. However, the destruction process does not reach some emails stored on the local hard drive of a computer. | Warrantech's response to Warren Interrogatory 10 (Kirby Dec. Ex. 31); Deposition of Defendants' Rule 30 (b) (6) witness Laurence Wendell Tutt, Tr. 19:10-15; Tr. 25:23-26:13 (Kirby Dec. Ex. 27, filed under seal); Deposition of Steve Williams, Tr. 46:25-47:20 (Kirby Dec. Ex. 29, filed under seal). |
| **265.** Steve Williams maintained a personal storage folder on his Warrantech computer hard drive that contains 286 delivery emails with different issues of *Consumer Electronics Daily* attached. | Warrantech's response to Warren Interrogatory 3 (Kirby Dec. Ex. 31); Kirby Dec. ¶7. |
| **266.** Some 225 of the delivery emails maintained on Steve Williams personal storage folder bear a message in the Microsoft Outlook Infobar stating, "You forwarded this message on [date and time]." | Kirby Dec. ¶7. |
| **267.** A Microsoft Outlook Infobar message in the form "You forwarded this message" indicates that the email either was forwarded to another computer or that the forwarding process was begun but not completed and the draft forwarding email was saved to Mr. Williams' "drafts" folder. | Deposition of Steve Williams, Tr. 83:17-84:2 (Kirby Dec. Ex. 29, filed under seal); Deposition of defendants' Rule 30 (b) (6) witness Laurence Wendel Tutt (Senior vice President of Information Technology (Tr. 3:22)), Tr. 33:1-34:19 (Kirby Dec. Ex. 27, filed under seal). |

| Undisputed Fact | Supporting Record References |
|---|---|
| **268.** Attachment B hereto lists by *Consumer Electronics Daily* issue date 225 issues whose delivery email contains a Microsoft Infobar message in the form "You forwarded this message [on date and time.]" | Kirby Dec. ¶7; Kirby Dec. Ex. 34. |
| **269.** The Microsoft Infobar message contained in the delivery email for the February 1, 2006 issue of *Consumer Electronics Daily* listed in Attachment B says, "You forwarded this message on 2/1/06 8:00 am." | Kirby Dec. ¶7. |
| **270.** Attachment C hereto is a copy of the delivery email, with the February 1, 2006 issue of *Consumer Electronics Daily* attached, that shows on its face that it was forwarded by Steve Williams to Joel San Antonio on February 1, 2006 at 8:00 a.m. | Kirby Dec. Ex. 8. |
| **271.** When an email with an attachment is forwarded to another computer, a copy of the email and attachment is made on the forwardee computer. | Deposition of Steve Williams, Tr. 24:6-13 (Kirby Dec. Ex. 29, filed under seal); see the two emails by which Williams forwarded the June 15, 2009 issue of *Consumer Electronics Daily* separately to Joel San Antonio and Sean Hicks (both of which show the issue attached) (Kirby Dec. Exs. 13 & 14). |

| Undisputed Fact | Supporting Record References |
|---|---|
| **272.**Steve Williams copied and distributed the *Consumer Electronics Daily* issues that he forwarded. | Deposition of Steve Williams, Tr. 24:6-13 (Kirby Dec. Ex. 29, filed under seal). |
| **273.**Sean Hicks has served as President of Warrantech Consumer Product Services, Inc. beginning in June 2006.. | Deposition of Sean Hicks (October 12, 2009), Tr. 6:14 (Kirby Dec. Ex. 28), filed under seal). |
| **274.**Joel San Antonio served as President and Chief Executive Office of Warrantech Corporation between June 1, 2004 and June 30, 2008. | Deposition of Steve Williams, Tr. 17:6 (Kirby Dec. Ex. 29, filed under seal); Laurence Tutt 30 (b) (6) deposition, Tr. 18:4-7 (Kirby Dec. Ex. 27, filed under seal). |
| **275.**Steve Williams regularly forwarded delivery emails with an issue of *Consumer Electronics Daily* attached to Sean Hicks. | (Rule 30 (b) (6)) Deposition of Sean Hicks (December 2, 2009), Tr. 7:10-13, Tr. 13:15-17, (Kirby Dec. Ex. 30, filed under seal). Deposition of Steve Williams, Tr. 42:6-10 (Kirby Dec. Ex. 29, filed under seal); Deposition of Sean Hicks (October 12, 2009). Tr. 98:2-4 (Kirby Dec. Ex. 28, filed under seal). See the emails to Hicks in Kirby Dec. Exs. 11, 12, 14, 17, 18, 19, 20 21, 22, 23, 24, 25, 26. |
| **276.**Steve Williams regularly forwarded delivery emails with an issue of *Consumer Electronics Daily* attached to Joel San Antonio. | Deposition of Steve Williams Tr. 66:7-10, (Kirby Dec. Ex. 29, filed under seal). See the emails to San Antonio in Kirby Dec. Exs. 9, 10, 13, 15, 16; Rule 30 (b) (6) deposition of Sean Hicks (December 2, 2009), Tr. 7:10-13, Tr. 13:18-20 (Kirby Dec. Ex. 30, filed under seal). |
| **277.**A copy of the delivery email with a copy of the May 18, 2007 issue *Consumer Electronics* | Kirby Dec. Ex. 9. |

| Undisputed Fact | Supporting Record References |
|---|---|
| *Daily* attached shows on its face that it was forwarded by Williams to San Antonio. | |
| **278.** A copy of the delivery email with a copy of the May 23, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to San Antonio. | Kirby Dec. Ex. 10. |
| **279.** A copy of the delivery email with a copy of the June 11, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks. | Kirby Dec. Ex. 11. |
| **280.** A copy of the delivery email with a copy of the June 12, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks. | Kirby Dec. Ex. 12. |
| **281.** A copy of the delivery email with a copy of the June 15, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to San Antonio. | Kirby Dec. Ex. 13. |
| **282.** A copy of the delivery email with a copy of the June 15, 2007 issue of *Consumer Electronics* | Kirby Dec. Ex. 14. |

| Undisputed Fact | Supporting Record References |
|---|---|
| *Daily* attached shows on its face that it was forwarded by Williams to Hicks. | |
| **283.** A copy of the delivery email for the October 29, 2007 issue of *Consumer Electronics Daily* shows on its face that it and the issue were forwarded by Williams to San Antonio and that San Antonio responded. | Kirby Dec. Ex. 15. |
| **284.** A copy of the delivery email for the August 8, 2007 issue of *Consumer Electronics Daily* shows on its face that it and the issue were forwarded by Williams to San Antonio and that San Antonio responded. | Kirby Dec. Ex. 16. |
| **285.** A copy of the delivery email with the February 1, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Warrantech employee Michele Gloeckler with the message, "Read the article about Harvey's." | Kirby Dec. Ex. 17. |
| **286.** A copy of the delivery email with the February 27, 2007 issue of *Consumer Electronics* | Kirby Dec. Ex. 18. |

| Undisputed Fact | Supporting Record References |
|---|---|
| *Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Bob Oliver and Matt Oliver with the message, "Hey guys check out the article on page 3 concerning Costco." | |
| **287.** A copy of the delivery email with the June 15, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Jeanine Folz with the message, "FYI – see the article about Toshiba ….." | Kirby Dec. Ex. 19. |
| **288.** A copy of the delivery email with a copy of the August 21, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Michele Glocekler with the message, "Dave Malin is out of Tweeter too." | Kirby Dec. Ex. 20. |
| **289.** An email from Hicks to Jeanine Folz and Karen Honendon with the August 24, 2007 issue of *Consumer Electronics Daily* attached bears the | Kirby Dec. Ex. 21. |

| Undisputed Fact | Supporting Record References |
|---|---|
| message, "See the first article on Syntax-Brillian." | |
| **290.** A copy of the delivery email with a copy of the December 6, 2007 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Jeanine Folz, Karen Hovenden, and Catherine Whitsell with the message, "Please see the article about projection TV's." | Kirby Dec. Ex. 22. |
| **291.** A copy of the delivery email with the January 24, 2008 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Jeanine Folz and Peter Dewey with the message, "Interesting article on the decline of DLP sales at TI." | Kirby Dec. Ex. 23. |
| **292.** A copy of the delivery email with the February 15, 2008 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Jeanine Folz with the message, "See the article on | Kirby Dec. Ex. 24. |

| Undisputed Fact | Supporting Record References |
|---|---|
| HH Gregg . . . ." | |
| **293.**A copy of the delivery email with the February 19, 2008 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Neal Bobrick with the message, "something Steve shares every morning." | Kirby Dec. Ex. 25. |
| **294.**A copy of the delivery email with the February 19, 2008 issue of *Consumer Electronics Daily* attached shows on its face that it was forwarded by Williams to Hicks and by Hicks to Jeanine Folz and Peter Dewey with the message, "See note about Panasonic DLP plant." | Kirby Dec. Ex. 26. |
| **295.**On February 19, 2008, Warren's retained counsel, Thomas W. Kirby, sent a letter to Warrantech's Joel San Antonio requesting that Warrantech Corporation and its affiliates cease and desist from unauthorized copying of *Consumer Electronics Daily*. | Kirby Dec. ¶5; Kirby Dec. Ex. 1. |

| Undisputed Fact | Supporting Record References |
|---|---|
| **296.** Warren Communications News, Inc. systematically registers its copyrights on issues of its *Consumer Electronics Daily* newsletters with the United States Copyright Office. | Storr Dec. ¶¶ 4-8. |
| **297.** Each of the 239 *Consumer Electronics Daily* issues as to which a finding of infringement is sought by this motion, listed in Attachment D hereto, is covered by the Certificate of Registration whose number and effective date is shown in Attachment D. | Storr Dec. ¶ 8. True and correct copies of the listed Certificates of Registration appear as Storr Dec. Exhibits 1-3, 5-6, 8-24. Storr Dec. ¶9. |
| **298.** Warren registered its copyright on each of the 239 issues of *Consumer Electronics Daily* as to which a finding of infringement is sought by this motion, as listed in Attachment D hereto, within three months following the first publication of the issue. | Storr Dec. Exhibits 1-3, 5-6, 8-24. |
| **299.** Warren Communications News., Inc. owns the copyrights in the copyrights on issues of Consumer Electronics Daily. | Warren Dec. ¶5; Storr Dec. ¶ 10; Storr Dec. Exs. 1-3, 5-6, 8-24. |

| Undisputed Fact | Supporting Record References |
| --- | --- |
| **300.** By letter of March 13, 2008 from Warrantech General Counsel David May to Thomas W. Kirby, Warrantech Corporation and Warrantech Consumer Product Services, Inc. agreed, in response to Warren's February 19, 2008 letter request, that the running of any applicable statute of limitations or other time bar will be tolled from March 13, 2008 during the period of settlement discussions. | Kirby Dec. ¶5; Kirby Dec. Ex. 1, Kirby Dec. Ex. 2 |
| **301.** Thomas Kirby's November 10, 2008 email to Warrantech counsel Charles Arnold declared that "pre-suit negotiations… have ended," terminating the statute of limitations tolling under the parties' tolling agreement. | Kirby Dec. ¶5; Kirby Dec. Ex. 3. |
| **302.** Any applicable statute of limitations was tolled beginning March 23, 2008 and ending November 10, 2008, a period of 233 days. | Kirby Dec. ¶5. |
| **303.** Warren commenced this action by filing its complaint for copyright infringement on March 5, 2009. | Kirby Dec. ¶6; Kirby Dec. Ex. 4. |

Respectfully submitted,

March 18, 2010

/s/ Thomas W. Kirby
Thomas W. Kirby (D.C. Bar No. 815231)
Bruce L. McDonald (D.C. Bar No. 74329)
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Plaintiff*
Warren Communications News, Inc.

Warren's Statement Of Material Facts Not In Dispute

# ATTACHMENT

# A

**From:** Consumer Electronics Daily
**Sent:** Tuesday, January 31, 2006 08:07 PM
**To:** Steve Williams
**Subject:** Consumer Electronics Daily 02/01/2006
**Attachments:** CED0201.pdf

Dear Subscriber:
Here are the headlines from today's Consumer Electronics Daily, which is attached:
LOW YIELDS FORCE LIQUIDATION of Kodak-Sanyo joint venture in OLED manufacturing after 5-year run.
JVC BLU-RAY DECK UNLIKELY THIS YEAR as 'standards are not yet resolved,' company tells European reporters.
TOSHIBA UPGRADES YEAR-END FORECAST on better-than-expected results in electronic devices and other core sectors.
FUJI TO CUT 5,000 JOBS as it tries to overcome 'intensifying' competition and slowdown in digital camera sales.
DIGITAL TV: Work continues on 2-way plug-&-play, despite rancorous debate, CEA and NCTA tell FCC in separate filings.
SATELLITE: U.K.'s Sky begins posting EPG listings for its HD channels due to launch this half.
COURTS: Japan's Elpida is fined $84 million after guilty plea in U.S. price-fixing probe of DRAM chips.

Copyright (C) 2006 by Warren Communications News, Inc. Reproduction or retransmission in any form, without written permission, is a violation of Federal Statute (17 USC101 et seq.).

NOTE: In order to read the attached file, double-click on the icon.
If the file doesn't display, you probably need Adobe Acrobat Reader software, which you can download for free at:
http://www.adobe.com/products/acrobat/readstep.html
If you need further assistance, please feel free to contact us at 800-771-9202.
Sales Department
Warren Communications News, Inc.
sales@warren-news.com
800-771-9202




WARREN'S **Consumer Electronics Daily**

The Authoritative News Service of the Consumer Electronics and Allied Industries

WEDNESDAY, FEBRUARY 1, 2006 VOL. 6, NO. 21

Today's News:

**LOW YIELDS FORCE LIQUIDATION** of Kodak-Sanyo joint venture in OLED manufacturing after 5-year run. (P. 1)

**JVC BLU-RAY DECK UNLIKELY THIS YEAR** as 'standards are not yet resolved,' company tells European reporters. (P. 2)

**TOSHIBA UPGRADES YEAR-END FORECAST** on better-than-expected results in electronic devices and other core sectors. (P. 3)

**FUJI TO CUT 5,000 JOBS** as it tries to overcome 'intensifying' competition and slowdown in digital camera sales. (P. 3)

**DIGITAL TV:** Work continues on 2-way plug-&-play, despite rancorous debate, CEA and NCTA tell FCC in separate filings. (P. 4)

**SATELLITE:** U.K.'s Sky begins posting EPG listings for its HD channels due to launch this half. (P. 6)

**COURTS:** Japan's Elpida is fined $84 million after guilty plea in U.S. price-fixing probe of DRAM chips. (P. 6)

Joint Venture Liquidated

## Low Yields Force Kodak and Sanyo to Cease OLED Production

Hampered by low production yields, Sanyo and Kodak are liquidating their money-losing SK Display OLED manufacturing joint venture, ending a 5-year run.

With the shutting down of SK's OLED plant in Japan, Kodak will return its focus to R&D and licensing, but will lose a high-profile partner in Sanyo. Sanyo, along with eMagin, were Kodak's 2 licensees for active matrix OLED technology. EMagin will continue developing and manufacturing small molecule-based AMOLEDs for microdisplays at its E. Fishkill, N.Y., facility, a spokesman said. "We continue to license the technology and we continue to make microdisplays," the eMagin spokesman said.

Kodak has been reviewing options for the Sanyo JV for nearly a year. Kodak executives told us last year (CED Jan 25/05 p1) that shifting focus to licensing the technology was among the strategies being considered for a manufacturing business where yields were running as low as 40%. The yields needed to be increased to at least 70% for OLEDs to become commercially viable, company executives said. Kodak began OLED development with Sanyo in 1999 and opened the factory about 2 years later. Sanyo will absorb the cost of the liquidation, a Kodak spokesman said.

Kodak, which has about 20 licensees for its OLED technologies (2 for AMOLED, 18 for PMOLED), suffered a blow last fall when Pioneer dissolved the AMOLED joint venture ELDis Inc. (CED Dec 12 p3), a 3-year-old partnership that included Tohoku Pioneer, Semiconductor Energy Laboratory Co. and Sharp. Pioneer, which was among the first to introduce a 5.2" PMOLED for car stereo head units in 1999, is continuing to manufacture passive matrix displays. Samsung SDI also is developing AMOLEDs, but has yet to get a Kodak license. Samsung has a PMOLED license.

Copyright © 2006 by Warren Communications News, Inc. Reproduction or retransmission in any form without written permission is a violation of Federal Statute (17 USC 101 et seq).

Kodak once had ambitious plans for OLED technology. It established a separate Cal.-based displays unit and earlier this decade forecast the technology generating annual revenues of $500 million by 2005. The total OLED industry produced revenues of $650 million last year, analysts have said. Kodak CEO Antonio Perez conceded the company would fall short of its sales target. Kodak moved the display business back to its Rochester, N.Y. hq, but as recently as last year showed a new 2.5" AMOLED and had a 2.2" AMOLED display in the Cliod and Aviah brand digital audio players marketed by Neosol and Ovideon. Kodak used a 2.2" AMOLED as a display in an EasyShare digital camera, but never shipped the product in the U.S. because of yield issues, company officials have said.

"There is one reason people aren't manufacturing OLEDs in volume -- the display performance doesn't work as advertised and they can't yield it," said Stuart Hough, an OLED consultant and former executive at OLED developer Cambridge Display Technologies. "In this case it's a little bit of both. When you look at the structure of LCD vs. OLED and the technology risk, backplane and the organics it becomes quite apparent why things haven't happened as projected. If there were no LCDs, OLEDs would get all kinds of attention."

Kodak sought to put a good face on the OLED development, failing to mention the liquidation in a news release, stating instead that Sanyo had taken full control of SK. The experience with SK was "valuable" and gives Kodak a "good understanding of the design and manufacturing process for OLED displays," said Mary Jane Hellyar, pres. of Kodak's display business in a statement. "This expertise is enabling us to work closely with our licensees to optimize their panel designs, systems integration and time to market." Kodak continues "to see excellent opportunity" for OLED technology and remains committed to developing it, said a company spokesman in arguing that SK was but "one component' of an overall strategy. How the reconstituted OLED business will be structured hasn't been finalized, the spokesman said. In addition to Hellyar, the operation also included Vp-Gen. Mgr. Donna Flamme, Strategic Mktg. Dir. Daniel Gisser and Mktg. Dir. Rogelio Sobers.

Meanwhile, Sanyo reported it swung to a $53 million 3rd-quarter profit from a net loss a year earlier despite a 1.5% decline in revenue to $5.2 billion. The company stood by a forecast for a $1.9 billion group net loss in the fiscal year ending in March as it pays for restructuring and writes down the value of assets.

Sanyo embarked on a sweeping restructuring last year, vowing cut 15% of its work force, close factories, halve debt and streamline unprofitable businesses including home appliances and semiconductors. In seeking additional funding, Sanyo plans to issue $2.5 billion worth of convertible preferred shares to Goldman Sachs Group, Daiwa Securities and Sumitomo Mitsui Banking Corp. in a sale that will give the 3 investors majority control of the company's board.

Despite its troubles, the quarterly results showed Sanyo had some pockets of strength, analysts said. It enjoys strong demand for rechargeable batteries used in digital cameras, cellphones and notebook PCs, the analysts said. Third-quarter operating profit in the batteries business jumped 70%, accounting for slightly less than 70% of overall group profit. Sanyo also announced that it will develop nickel metal hydride (Ni-MH) battery systems with Volkswagen for the hybrid vehicle market. Sanyo already provides batteries for Honda's hybrid cars. -- ***Mark Seavy***

Hybrid BD-DVD is Touted

## Blu-ray Not Likely from JVC This Year, Company Tells European Media

DUBLIN, Ireland -- The most downplayed topic got the most attention at JVC's European dealer meet here, when executives told reporters the company isn't likely to offer a Blu-ray player this year because standards aren't completely resolved. But JVC reiterated support for the format and touted the hybrid BD/DVD it developed to let studios to put HD and SD versions of content on a single disc that's backward compatible with current DVD hardware.

Demonstrating an HD recording of JVC Jazz at Newport on a Blu-ray player marked "prototype," Andy Northwood, product technical support for JVC U.K., told reporters "it's unlikely JVC will launch a Blu-ray player this year -- the standards are not yet resolved." His comments were supplemented by Masanori Kitami, JVC assistant-dir. and gen. mgr.-consumer product strategy.

"At CES there were some Blu-ray announcements but they were only as a countermeasure to the HD DVD announcements," Kitami said. "CPS [copy protection] licensing has not started yet -- it will start in March -- but much is still unclear. ROM verification is not yet finalized, so nobody can check compatibility." Although there's a verification disc for JVC's hybrid disc, Blu-ray makers "need more time," he said. Asked if JVC could launch this year, Kitame gave a doubtful look but didn't say no: "There are so many unclear parts." He was similarly indecisive when asked if JVC would consider offering HD DVD: "I am not in position to say."

Anticipating Blu-ray questions, Kitami prepared a slide show that summarized the hardware and software support for Blu-ray and HD DVD, JVC's position on the format war and the importance of its single sided, triple-layer hybrid disc, first demonstrated at CES in 2005. "Look at the balance of power. The Blu-ray camp will win. That is my personal belief," Kitami said. He underscored the difficulty of Universal being the only studio exclusively committed to HD DVD.

"What Universal does is our headache and the consumer's headache. My daughter loves *Harry Potter* and that's a Universal title [sic]. My son loves *Spiderman* and that's Sony." Asked if JVC could build a single player to handle the rival formats, Kitami said "that's a very good answer but the consumer has to pay in royalties." He acknowledged Hewlett-Packard's defection from Blu-ray, and Intel's and Microsoft's lack of support for the format. To shore up support, "JVC will pursue Japanese major manufacturers," Kitami said. Meanwhile, he suggested others pursue Universal to support Blu-ray as well as HD DVD. "Sony has to say to Universal, 'At least go to the in-between position'." -- ***Barry Fox***

PC Business Profitable

## Toshiba Upgrades Forecast On Better-Than-Expected Results in Core Sectors

Better-than-expected performance in many of its core businesses spurred Toshiba to announce Tues. upgrades of all sales and profit forecasts for the fiscal year ending March 31. Toshiba raised its net income projection 18% from its April 2005 forecast to ¥65 billion, on sales of ¥6.3 trillion -- ¥300 billion higher than its previous projection.

The economic outlook remains uncertain because of volatile crude oil prices and stock market trends, Toshiba said in reporting 3rd-quarter results. Even so, Toshiba's core businesses "are moving forward more strongly than originally anticipated" -- justifying the upgraded forecast, the company said. It cited particularly "robust performance" in electronic devices, mainly semiconductors, and in its medical systems business. Toshiba said the electronic devices sector "saw signs of an improved business environment as inventory adjustment eased."

Overall Toshiba net income in the quarter soared over 1,200% to $185.2 million (at $1 = ¥118 at quarter's end) on sales that grew 16% to $13.42 billion. Digital products saw an 18% operating income rise to $112.42 million, on sales that climbed 15% to $5.94 billion. Operating income in electronic devices soared 724% to $318.02 million on sales that climbed 23% to $3.11 billion.

In digital products, Toshiba experienced higher sales of storage devices, particularly hard drives. Its PC business had strong overseas sales growth and remained profitable as a result of cost reduction measures, which served as a hedge against price erosion and higher procurement costs triggered by the weaker yen. -- ***Paul Gluckman***

Forecasts Are Slashed

## Fuji To Cut 5,000 Jobs to Cope With Strong Competition, Slower Sales

Fuji will slash about 5,000 jobs in its Imaging Solutions division worldwide as part of "structural reforms" to combat "intensifying competition due to reduced demand for color film and slowing growth in the digital camera market," the company said Tues. The moves are expected to cost the company ¥80 billion this fiscal year and ¥85 billion next year, Fuji said.

The company reduced estimates for the fiscal year ending in March. Fuji said it expects to post ¥20 billion profit on ¥2.65 trillion sales rather than the ¥85 billion profit on ¥2.70 trillion sales projected Oct. 31. Fuji posted sales of ¥2.53 trillion and profit of ¥84.5 billion last year. The company also said it expects to post operating income of ¥75 billion instead of the ¥170 billion predicted earlier. It posted a ¥164.4 billion operating profit last year.

Fuji said it will reform its digital camera business and optimize business systems for color film and other photosensitive material. The digital camera business restructuring will include strengthening "product lineups which contain distinctive features such as high-sensitivity," scaling down domestic production system and establishing a mass production system in China, and an "exhaustive reduction of expenditure" and strengthening of supply chain management to lower total inventory.

The company didn't specify how many job cuts will be made in each country. But AP, citing a company spokesman in Japan, reported that 1,000 positions will be eliminated in that country and the rest overseas. The company said the changes will be made "intensively over a one-year period, spanning the 2nd half of the fiscal year ending March 2006 and the first half of the fiscal year ending March 2007."

Fuji said its Information Solutions and Document Solutions divisions -- 2 of its 3 main business segments -- "posted fair performance results during the current fiscal year" as a result of the Vision75 management plan it formulated in Feb. 2004. But the company said the Imaging Solutions division, which accounts for about 30% of company revenue, was being hurt by stronger competition and "slowing growth in the digital camera market." Fuji said it expects the "unfavorable market situation" to "continue and further negative impact on profit is expected."

The company said it also expects to report an operating profit of ¥200 billion for the fiscal year ending March 2008 and an operating profit of ¥280-¥300 billion for the fiscal year ending March 2011 "by propelling new growth strategies."

A day earlier, rival Canon said it expected digital camera market growth to continue this year, "particularly in overseas markets," as it posted stronger 4th-quarter group net profit on the strength of brisk sales of digital cameras and a strong dollar (CED Jan 31 p3). Canon said demand for single lens reflex (SLR) digital cameras "continued to grow significantly" and sales of compact digital cameras "remained strong." The company said its EOS Digital Rebel XT, launched in the first half of 2005, and the EOS 5D, launched in the 2nd half, recorded "particularly strong sales" among its SLR offerings, along with "continued healthy sales of the EOS 20D, launched in the previous period." The company said strong demand for those models also "led to expanded sales of interchangeable lenses for SLR cameras," which camera makers often cite as a reason they look forward to SLR segment growth. Among Canon's compact digital cameras, the company said it saw "healthy demand" for the PowerShot SD400 and PowerShot A520, launched in the first half of 2005, as well as the PowerShot SD550 and PowerShot SD450 models, introduced 2nd half. As a result, it said, unit sales of digital cameras increased more than 20% in the year.

Canon also enjoyed strong demand for its new Mini DV, DVD, and HDV camcorders, including the Optura 600, the DC20/10 and XL H1, it said. Camera sales overall "continued to enjoy growth," achieving a total sales increase of 15.2% to ¥879.2 billion ($7.45 billion), Canon said. Operating profit ratio for the company's camera segment rose 2.7 points, "boosted by such factors as substantially increased sales, cost reduction efforts including the in-house production of key parts and procurement reform and sales growth for digital SLR cameras and other high valued-added products," Canon said. As a result, operating profit for the camera segment soared 32.8% to ¥173.7 billion ($1.47 billion), it said. -- *Jeff Berman*

## Digital TV

**Despite "the animated rhetoric of pleadings" filed at the FCC** in late Nov. on the progress of negotiations over bidirectional CableCARDs (CED Dec 2 p1), "the cable and consumer electronics industries continue to meet and work with each other," NCTA told the Commission on Mon. in its latest update on the talks. Besides getting together Dec. 8 and Jan. 17 to discuss business and technical issues on 2-way plug & play, NCTA said, cable and CE have continued engineering discussions on "how device resources can be shared practically between cable and applications and other

applications" of a bidirectional CableCARD product. Those talks have addressed several "use cases" that may arise as issues in different generations of interactive DTVs, NCTA said. It said the issues discussed include: (1) How to tune to terrestrial channels using an 8-VSB tuner while cable services are running. (2) How functions such as volume and color controls and PIP might appear. (3) Which remote control keys should be reserved for specific functions. The talks, which include weekly conference calls and more in-depth meetings face to face, aim at developing "engineering change requests" (ECRs) for submission to CableLabs "as may be needed to improve, clarify and adjust" the Open-Cable Application Platform (OCAP) specs, NCTA said. In a separate filing, CEA concurred that cable and CE met in Dec. and Jan., saying it was mainly to discuss OCAP testing. At the most recent meeting, CEA said, "cable proposed being able to launch new applications on their leased devices without any required testing and then submitting them for testing on competitive entrant devices -- with no mechanism to assure that the applications would ever run properly (or be fixed to run properly within a reasonable time) on those competitive devices. The CE side found this approach unsatisfactory, and further discussions on this subject are already scheduled." Even so, cable and CE "have come a long way in the inter-industry process to achieve a mutual appreciation of the dimensions of the problem posed by the testing of OCAP applications," CEA said: "In particular, an inadequately tested 'unbound' application, whose function is not limited to a particular program or channel, could threaten the essential functions and viability of a DTV receiver that represents one of a family's larger investments. This case is especially problematic when faulty operation, resulting from a faulty application downloaded by the cable provider without the consent or knowledge of the consumer, has the potential to impair or disable the functionality of the consumer's DTV receiver. Yet it is these applications, in particular, which the cable group proposes to put into commercial release after testing only on proprietary set-top boxes, with no intent to test these critical applications on competitive entrant devices." CEA said cable acknowledges the need for such testing, but only after commercial deployment may occur. -- *PG*

## Companies

**NDS reported 2nd-quarter net income improved to $25.9 million from $17.8 million a year earlier** in its first earnings release since DirecTV launched a new platform containing its XTV PVR software. Revenues rose to $152.2 million from $141.6 million as license and royalty fees jumped to $26.9 million from $18.8 million on the strength of the new DirecTV pact in which XTV replaced TiVo as the PVR platform of choice. NDS executives declined to disclose the royalty the company receives on sale of each XTV-based DirecTV receiver. In the past, however, CEO Abe Peled said the typical XTV per unit royalty varies from $6-$15 depending on volume, with larger shipments being charged a lower fee. Middleware deployments in set-top boxes during the quarter totaled 7.4 million, a large portion of which were downloads to DirecTV receivers, company officials said in an earnings conference call on Tues. The bulk of DirecTV middleware downloads are expected to be completed by the end of the 2nd quarter, CEO Abraham Peled said. Cumulative middleware deployments were 34.1 million at quarter's end, up from 19.3 million a year earlier, NDS said. The XTV DVR platform added 300,000 STBs during the quarter for an overall total of 2 million units, an increase from 900,000 a year ago, the company said. NDS' conditional access revenues increased to $87.6 million from $86.7 million, while those from new technologies jumped to $23 million from $21.5 million. It delivered 6.1 million smart cards during the quarter, down from 8.1 million a year earlier when NDS benefitted from a new deployment with Sky Italia. Total operating expenses declined to $56.1 million from $63.1 million. Deferred income declined to $45.2 million from $47.1 million as of June 30. The deferred total included $12 million related to a change over in smart cards. NDS also expects to benefit from the launch of the Tata Sky direct-to-home satellite service in India later this year, Peled said. Tata is projected to have 5 million subscribers within 3-5 years, he said. Its XTV PVR platform also is being deployed with Korea Digital Satellite Bcstg.'s SkyLife by mid-2006. SkyLife has 1.8 million subscribers. NDS also expects to have initial shipments of STBs based on its Xspace platform starting in 2007, most likely starting with BSkyB in the U.K. and possibly followed by DirecTV and others, Peled said. The software platform enables the delivery of online entertainment and media service via hybrid broadcast/IP STBs, company officials said. The services are triggered by hyperlinks embedded in TV programming. Among those expected to provide content are Akimbo, Fox Sports and IGN Entertainment.

---

**EchoStar joined Liberty Media in investing in Cal. start-up Sling Media**, which raised $46.6 million in the funding round. Sling will use the money for product development and international expansion, the company said. Other investors in the closely held company included Goldman Sachs & Co., Allen & Co. and the venture capital firms DCM Doll Capital Management and Mobius Venture Capital. Sling executives declined comment on whether its

Slingbox set-top device will be combined with product offerings from either Liberty or EchoStar. Liberty controls Starz Entertainment Group and QVC, while EchoStar operates the Dish satellite network. An EchoStar spokesman declined comment, but the company in late 2004 invested $9 million in Archos, an alliance that resulted in Dishplayer portable media devices. Sling launched sales of its Slingbox last year. The device enables viewers to route the live TV signal coming into their homes to a portable device anywhere on the globe via. a broadband Internet connection. The Slingbox gives the uses control of a home TV and a digital recorder even if they are thousands of miles away. There is no charge for the service, which is based on an STB ($250) that sits between a cable or satellite receiver and a home broadband Internet connection and pumps TV programs out via the Internet. It works with a standard Windows PC.

## Retail

**Rex Stores has agreed to invest $7.5 million in a La.-based limited liability company** that will build and operate an ethanol production facility, according to an SEC filing Tues. The investment is expected to be made before July 1 and is subject to additional financing, said Rex, which didn't disclose how much additional money needs to be raised. Rex obtained a $7.5 million letter of credit to fund the investment, the company said in an SEC filing. Rex reached an agreement last fall to buy a convertible secured promissory note, the proceeds from which were to be used to create a limited liability company to build and operate an ethanol production facility. Under the agreement, Rex was required to get a $5 million irrevocable letter of credit -- the principal amount of the promissory note -- to secure the chain's obligation to buy it, Rex has said. Rex Stores CEO Stuart Rose is eligible for a bonus of up to 3% of the chain energy-related earnings before taxes, provided he doesn't get a total of more than $1 million.

## Satellite

**U.K. satellite service Sky began displaying its HD channel listings** on its EPG Tues. The listings are viewable by all 8 million Sky and Sky+ customers, but only Sky HD subscribers will have access to the channels when they go live in this half. For nonsubscribers, clicking on an HD listing brings up a pitch to upgrade. The service will launch with at least 9 channels, including movies and sports. Subscribers need an Sky HD set-top and HD-ready display.

## Courts

**A 4th company pleaded guilty to fixing prices for DRAM chips** in the Justice Dept.'s (DoJ) antitrust probe of the industry, which continues. Japan's Elpida Memory agreed to plead guilty and pay an $84 million fine in the case, the DoJ said Tues. Including Elpida, 4 companies and 5 individuals have been charged, producing more than $730 million in fines. The others are Infineon, Hynix and Samsung.

## E-Commerce

**Amazon.com and Target violated e-commerce patents** on technology that made available to Amazon and associated websites a consumer's personal information entered on any site in the network, alleges a lawsuit in U.S. Dist. Court, Denver. Registrar Systems and principals John Klug and Thad Peterson said they received 2 patents for the disputed technology in 1998 and 2004, but learned of the setup between Amazon and Target only in 2005. The patents are numbered 5,790,785 and 6,823,327. Klug and Peterson said in the complaint they came up with the idea of a "registrar web site" in 1995 that would centrally host a customer's personal information and feed it to other websites when a consumer indicated an intention to make a purchase on associated sites. About 2004 Amazon made a deal under which Target would let visitors to Target.com use their Amazon.com account information, e-mail and password login, and shipping and billing addresses to complete purchases at Target.com, the complaint

said. The same service from Amazon is provided to Toys 'R' Us, Bose, Nordstrom, Reed's Jewelers, JCPenney, Cooking.com and several other online retailers. Registrar Systems wants the court to validate its patents, stop Amazon, Target and associated websites from using the shared-information technology, and award damages from Amazon and Target. The court scheduled a hearing March 27.

## Videogames

**The redesigned Nintendo DS unveiled last week (CED Jan 27 p6) wasn't meant to replace** the current version, a Nintendo of Europe (NOE) spokesman said Tues. He said the company has no plans to phase out any handheld products; the DS Lite "will be an expansion to the portfolio and will sell at a slightly higher price point than the original to reflect its 'premium' positioning." The company said the new version will ship in March in Japan at ¥16,800 ($145.57 at $1=¥115.41). Nintendo said the system will also ship in N. America and Europe but didn't announce timing or pricing. Separately, a Media Create spokesman said DS supplies in Japan haven't improved. The system reclaimed its market share lead among game hardware systems there the week ended Jan. 22 (CED Jan 30 p8).

---

**Microsoft made its first Xbox 360 system update available online.** The update includes improvements to the Xbox Guide, an option to retain saved games when the user deletes a profile, increased accuracy of the "last time played" feature, network configuration improvements for members of the Xbox Live online game service in the Netherlands and more detailed messaging for unreadable disc or region errors. Microsoft said Xbox 360 consoles would be updated automatically, and free, the next time users sign on to Xbox Live. Separately, Sony Computer Entertainment didn't respond to a request for comment by our deadline about published reports that hackers broke the company's PSP security protection on even the most recent firmware update. But it appeared only home-brew software, not pirated PSP software, could run. A separate report said 70,000 PS2 consoles had been sold in Finland and more than 300,000 PS2 games during 2005 through Nordisk Film, which represents Sony in the region.

---

**"Truly significant revenue" from in-game advertising is likely to be 5 years or more away,** DFC Intelligence predicted in a report. The research firm said "it will probably take that long to build the installed base" of the new game console systems and test business models. The firm said that "even when it does occur, it is likely to remain a secondary revenue stream and the leading revenue source is likely to remain consumers paying money to buy their interactive entertainment."

---

**Its first week available in the U.K., Tecmo's *Dead or Alive 4* for Xbox 360** became the best-selling game there, according to the Entertainment & Leisure Software Publishers Assn.'s Chart Track data for the week ended Jan. 28. It was the only new game in the top 10. There was one other Xbox 360 exclusive in the top 10: Microsoft's *Project Gotham Racing 3* at #9 (up 7 in its 3rd week). *Need for Speed Most Wanted* from Electronic Arts (EA) -- the previous week's #1 game -- dropped to #2 in its 10th week. EA had 2 other games in the top 10: *The Sims 2* at #4 (down one in its 35th week) and *FIFA 06* at #6 (down one in its 18th week). Rounding out the top 10 were Ubisoft's *King Kong* at #3 (down one in its 11th week), Konami's *Pro Evolution Soccer 5* at #5 (down one in its 15th week), Activision's *Call of Duty 2* at #7 (up 2 in its 10th week), Take-Two Interactive's *Grand Theft Auto: Liberty City Stories* for PSP at #8 (down 2 in its 13th week) and LucasArts Entertainment's *Star Wars: Battlefront II* at #10 (down 3 in its 14th week)... *Dead or Alive 4* moved up one to become the top-rented videogame for online game rental service GameFly in the week ended Jan. 30. There were 4 other Xbox 360 SKUs in the top 10: *King Kong* at #3 (up 2) from the previous week), Sega's *Condemned: Criminal Origins* at #4 (down 3), *Call of Duty 2* at #7 (down 3) and EA's *Need for Speed: Most Wanted* at #9. Activision and Ubisoft each had one other game in the top 10. Activision's was *Gun* for Xbox at #8 (up one). Ubisoft's was *Prince of Persia: The Two Thrones* for Xbox at #5 (down 2). Rounding out the top 10 were *25 To Life* for Xbox from Eidos at #2, Sony's *Shadow of the Colossus* for PS2 at #6 (up 4) and Capcom's *Resident Evil 4* for PS2 at #10 (down 4).

---

**Take-Two Interactive is an unlikely takeover candidate despite recent speculation,** Bank of America and Citigroup analysts said in separate research reports. Banc of America Securities' Gary Cooper said an acquisition of the publisher by a major game publishing rival, an entertainment conglomerate or even a financial buyer "is highly

unlikely" for reasons including Take-Two's "over-dependance on one title" -- *Grand Theft Auto* -- as well as "high cost structure, cash burn and mounting liabilities." Cooper said he believes Take-Two is "burning cash at a concerning rate and we think cash levels could approach $75 million by spring." He also predicted there will be "more title delays," as well as possibly another SEC investigation and "potentially key employee departures." Cooper also said he doesn't expect a *Grand Theft Auto* game for Sony's PS3 console until fall 2007. Citigroup's Elizabeth Osur said "a public company buyer is unlikely given the bad press surrounding many of Take-Two's franchises." But she said "a private buyer could find the assets appealing" -- although there was "no sign of an interested private buyer." Cooper downgraded the company to sell last week and kept that rating Mon. but Osur suggested investors "hold" their stock in the company, largely because she believes "a truly new *Grand Theft Auto* game will emerge in holiday '07" and she continues to believe "that alone supports some upside from the current share price." Take-Two shares were down 2.04% at $15.86 in late afternoon trading Tues. Separately, Janco Partners started coverage of Take-Two rival THQ with a "market perform" rating Tues. THQ shares were down 2.63% at $26.25 in late afternoon trading. Investors appeared apprehensive about much of the videogame sector Tues. Electronic Arts (EA) shares were down 3.14% at $54.58 and Midway Games shares 4.53% at $13.29 in late afternoon trading but Activision shares were up 2.43% at $14.34. EA will be announcing results for its 3rd quarter Thurs., followed by THQ Fri. and Activision Mon.

## Consumer Electronics People

**Jeff Bouchard** resigns as Pixelworks CFO, effective Feb. 10, to accept a CFO post at an unspecified Silicon Valley firm... **Bernard Girod** to retire Dec. 31 as Harman International CEO, will remain a dir... Appointments at MPAA: **Lisa Pierozzi**, ex-Universal Studios, named CFO; **Michael Robinson**, ex-Transportation Security Administration, named dir.-U.S. anti-piracy operations... Staples Vice Chmn. **Basil Anderson** retires, replaced by CFO **John Mahoney**; COO **Michael Miles** assumes pres. duties, replacing **Ronald Sargent**, who remains chmn.-CEO... NDS CEO **Abraham Peled** adds chmn. title; News Corp. consultant **Richard Yanowitch** named vice chmn... Appointed at Niles Audio: **Ed Brown**, ex-Halcro Audio and onetime McIntosh Lab, joins as national sales mgr.; **Simon Spears**, formerly Harman International and onetime Acoustic Research and Mission Electronics, named international sales mgr.; **Tom Mincy**, ex-Infinity and Definitive Technology, joins as JobSite Systems brand mgr... Appointed at Nintendo of Europe (NOE): Nintendo France Mktg. Dir. **Laurent Fischer** promoted to NOE senior mktg. dir., replacing **Jim Merrick**; **Achim Schmaus** named European brand mgr. for home console.

**Consumer Electronics Daily**

**(ISSN 1537-3088)**

PUBLISHED BY WARREN COMMUNICATIONS NEWS, INC.

This newsletter is available electonically via Lexis-Nexis, Factiva and Dialog

Warren Communications News, Inc. is publisher of Communications Daily, Warren's Washington Internet Daily, Consumer Electronics Daily, Washington Telecom Newswire, Telecom A.M., Television A.M., Television & Cable Factbook, Cable & Station Coverage Atlas, Public Broadcasting Report, Satellite Week and other special publications

Send news materials to **pgluckman3@aol.com**

Copyright © 2006 by Warren Communications News, Inc
Reproduction in any form, without written permission, is prohibited

EDITORIAL & BUSINESS HEADQUARTERS
2115 Ward Court, N.W., Washington, DC 20037
Phone: 202-872-9200 Fax: 202-318-8984
www.warren-news.com
E-mail info@warren-news.com

CONSUMER ELECTRONICS DAILY
EDITORIAL HEADQUARTERS

276 Fifth Ave., Suite 1002, N.Y., N.Y. 10001
Phone: 212-686-5410 Fax: 212-889-5097

Paul Gluckman ........ Managing Editor & N.Y Bureau Chief
Stephen A. Booth ........ Senior Editor
Mark Seavy ........ Senior Editor
Jeff Berman ........ Senior Editor
Razia Mahadeo ........ Editorial Asst

WASHINGTON HEADQUARTERS

Albert Warren ........ Chairman, Editor & Publisher
Paul Warren ........ President
Daniel Warren ........ Vice Chairman
Michael Feazel ........ Senior Editor
Edie Herman ........ Senior Editor
Herb Kirchhoff ........ Senior Editor
Howard Buskirk ........ Senior Editor
Anne Veigle ........ Senior Editor
Dinesh Kumar ........ Associate Editor
Andrew Noyes ........ Associate Editor
Jonathan Make ........ Associate Editor
Ian Martinez ........ Assistant Editor
Greg Piper ........ Assistant Editor

**Business**

Brig Easley ........ Controller
Gina Storr ........ Director of Sales & Marketing Support
Deborah Jacobs ........ Information Systems Mgr

**Television and Cable Factbook**

Michael Taliaferro ........ Managing Editor & Asst. Publisher—Directories
Gaye Nail ........ Assoc. Managing Editor
Susan C. Seiler ........ Asst. Managing Editor
Kari McGlamary ........ Sr. Ed. & Editorial Supervisor

**Contributing Editor, Europe**

Barry Fox
22 Holmefeld Court
Belsize Grove, London, NW3 4TT
Phone: (4 4-20) 7722-8295
Email: **barryphox@aol.com**

Dawson B. Nail ........ Exec. Editor Emeritus
Louis Trager ........ News Editor

**E-mail recipients:** By using our e-mail delivery service, you understand and agree that we may use tracking software to ensure accurate electronic delivery and copyright compliance. This software forwards to us certain technical data and newsletter usage information from any computer that opens this e-mail. We do not share this information with anyone outside the company, nor do we use it for any commercial purpose. For more information about our data collection practices, please see our Privacy Policy at www.warren-news.com/privacypolicy.htm

Warren's Statement Of Material Facts Not In Dispute

# ATTACHMENT

# B

# 225 CED Delivery Emails Produced by Warrantech on Disk Numbered WT 04061 and the Microsoft Outlook InfoBar Message Shown on Each

| No. | Email Subject Line | Outlook InfoBar Message Shown |
|---|---|---|
| 1 | Consumer Electronics Daily 12/22/2005 | "You Forwarded this message on 1/10/06 1:45 PM" |
| 2 | Consumer Electronics Daily 12/23/2005 | "You Forwarded this message on 1/10/06 1:48 PM" |
| 3 | Consumer Electronics Daily 12/27/2005 | "You Forwarded this message on 1/10/06 1:51 PM" |
| 4 | Consumer Electronics Daily 12/28/2005 | "You Forwarded this message on 1/10/06 1:53 PM" |
| 5 | Consumer Electronics Daily 12/30/2005 | "You Forwarded this message on 1/10/06 1:54 PM" |
| 6 | Consumer Electronics Daily 01/03/2006 | "You Forwarded this message on 1/10/06 2:12 PM" |
| 7 | Consumer Electronics Daily 01/04/2006 | "You Forwarded this message on 1/10/06 2:13 PM" |
| 8 | Consumer Electronics Daily 01/06/2006 | "You Forwarded this message on 1/10/06 3:04 PM" |
| 9 | Consumer Electronics Daily 01/09/2006 | "You Forwarded this message on 1/10/06 3:06 PM" |
| 10 | Consumer Electronics Daily 01/10/2006 | "You Forwarded this message on 1/10/06 3:11 PM" |
| 11 | Consumer Electronics Daily 01/11/2006 | "You Forwarded this message on 1/11/06 10:15 AM" |
| 12 | Consumer Electronics Daily 01/12/2006 | "You Forwarded this message on 1/12/06 9:11 AM" |
| 13 | Consumer Electronics Daily 01/13/2006 | "You Forwarded this message on 1/13/06 9:57 AM" |
| 14 | Consumer Electronics Daily 01/17/2006 | "You Forwarded this message on 1/16/06 9:29 AM" |
| 15 | Consumer Electronics Daily 01/18/2006 | "You Forwarded this message on 1/18/06 8:55 AM" |
| 16 | Consumer Electronics Daily 01/19/2006 | "You Forwarded this message on 1/19/06 8:07 AM" |
| 17 | Consumer Electronics Daily 01/20/2006 | "You Forwarded this message on 1/23/06 10:28 AM" |
| 18 | Consumer Electronics Daily 01/23/2006 | "You Forwarded this message on 1/23/06 9:16 AM" |
| 19 | Consumer Electronics Daily 01/24/2006 | "You Forwarded this message on 1/24/06 8:51 AM" |
| 20 | Consumer Electronics Daily 01/25/2006 | "You Forwarded this message on 1/25/06 9:19 AM" |
| 21 | Consumer Electronics Daily 01/26/2006 | "You Forwarded this message on 1/26/06 10:01 AM" |
| 22 | Consumer Electronics Daily 01/27/2006 | "You Forwarded this message on 1/27/06 7:28 AM" |
| 23 | Consumer Electronics Daily 01/30/2006 | "You Forwarded this message on 1/30/06 7:37 AM" |
| 24 | Consumer Electronics Daily 01/31/2006 | "You Forwarded this message on 1/31/06 7:32 AM" |
| 25 | Consumer Electronics Daily 02/01/2006 | "You Forwarded this message on 2/1/06 8:00 AM" |
| 26 | Consumer Electronics Daily 02/02/2006 | "You Forwarded this message on 2/2/06 7:20 AM" |
| 27 | Consumer Electronics Daily 02/03/2006 | "You Forwarded this message on 2/6/06 8:38 AM" |
| 28 | Consumer Electronics Daily 02/06/2006 | "You Forwarded this message on 2/6/06 8:45 AM" |
| 29 | Consumer Electronics Daily 02/07/2006 | "You Forwarded this message on 2/7/06 8:35 AM" |
| 30 | Consumer Electronics Daily 02/08/2006 | "You Forwarded this message on 2/8/06 8:32 AM" |
| 31 | Consumer Electronics Daily 02/09/2006 | "You Forwarded this message on 2/9/06 7:34 AM" |
| 32 | Consumer Electronics Daily 02/10/2006 | "You Forwarded this message on 2/10/06 8:38 AM" |
| 33 | Consumer Electronics Daily 02/14/2006 | "You Forwarded this message on 2/20/06 9:12 AM" |
| 34 | Consumer Electronics Daily 02/15/2006 | "You Forwarded this message on 2/20/06 9:13 AM" |
| 35 | Consumer Electronics Daily 02/17/2006 | "You Forwarded this message on 2/20/06 9:14 AM" |
| 36 | Consumer Electronics Daily 02/21/2006 | "You Forwarded this message on 2/20/06 9:16 AM" |
| 37 | Consumer Electronics Daily 02/22/2006 | "You Forwarded this message on 2/27/06 8:39 AM" |
| 38 | Consumer Electronics Daily 02/23/2006 | "You Forwarded this message on 2/27/06 8:21 AM" |

# 225 CED Delivery Emails Produced by Warrantech on Disk Numbered WT 04061 and the Microsoft Outlook InfoBar Message Shown on Each

| No. | Email Subject Line | Outlook InfoBar Message Shown |
|---|---|---|
| 39 | Consumer Electronics Daily 02/24/2006 | "You Forwarded this message on 2/27/06 8:43 AM" |
| 40 | Consumer Electronics Daily 02/28/2006 | "You Forwarded this message on 3/3/06 10:06 AM" |
| 41 | Consumer Electronics Daily 03/01/2006 | "You Forwarded this message on 3/3/06 10:08 AM" |
| 42 | Consumer Electronics Daily 03/02/2006 | "You Forwarded this message on 3/3/06 10:10 AM" |
| 43 | Consumer Electronics Daily 03/06/2006 | "You Forwarded this message on 3/6/06 8:43 AM" |
| 44 | Consumer Electronics Daily 03/07/2006 | "You Forwarded this message on 3/7/06 9:28 AM" |
| 45 | Consumer Electronics Daily 03/08/2006 | "You Forwarded this message on 3/8/06 9:36 AM" |
| 46 | Consumer Electronics Daily 03/09/2006 | "You Forwarded this message on 3/9/06 8:36 AM" |
| 47 | Consumer Electronics Daily 03/10/2006 | "You Forwarded this message on 3/10/06 7:44 AM" |
| 48 | Consumer Electronics Daily 03/13/2006 | "You Forwarded this message on 3/13/06 8:51 AM" |
| 49 | Consumer Electronics Daily 03/14/2006 | "You Forwarded this message on 3/14/06 7:55 AM" |
| 50 | Consumer Electronics Daily 03/15/2006 | "You Forwarded this message on 3/17/06 8:34 AM" |
| 51 | Consumer Electronics Daily 03/16/2006 | "You Forwarded this message on 3/17/06 8:36 AM" |
| 52 | Consumer Electronics Daily 03/17/2006 | "You Forwarded this message on 3/17/06 8:41 AM" |
| 53 | Consumer Electronics Daily 03/20/2006 | "You Forwarded this message on 3/20/06 8:10 AM" |
| 54 | Consumer Electronics Daily 03/21/2006 | "You Forwarded this message on 3/21/06 8:43 AM" |
| 55 | Consumer Electronics Daily 03/23/2006 | "You Forwarded this message on 3/23/06 12:09 PM" |
| 56 | Consumer Electronics Daily 03/24/2006 | "You Forwarded this message on 4/10/06 9:34 AM" |
| 57 | Consumer Electronics Daily 03/28/2006 | "You Forwarded this message on 3/30/06 9:59 AM" |
| 58 | Consumer Electronics Daily 03/29/2006 | "You Forwarded this message on 3/30/06 10:00 AM" |
| 59 | Consumer Electronics Daily 03/30/2006 | "You Forwarded this message on 3/30/06 10:00 AM" |
| 60 | Consumer Electronics Daily 03/31/2006 | "You Forwarded this message on 3/31/06 11:21 AM" |
| 61 | Consumer Electronics Daily 04/03/2006 | "You Forwarded this message on 4/4/06 9:28 AM" |
| 62 | Consumer Electronics Daily 04/04/2006 | "You Forwarded this message on 4/4/06 10:08 AM" |
| 63 | Consumer Electronics Daily 04/06/2006 | "You Forwarded this message on 4/10/06 9:40 AM" |
| 64 | Consumer Electronics Daily 04/07/2006 | "You Forwarded this message on 4/10/06 9:42 AM" |
| 65 | Consumer Electronics Daily 04/10/2006 | "You Forwarded this message on 4/10/06 10:03 AM" |
| 66 | Consumer Electronics Daily 04/11/2006 | "You Forwarded this message on 4/11/06 8:48 AM" |
| 67 | Consumer Electronics Daily 04/12/2006 | "You Forwarded this message on 4/14/06 1:37 PM" |
| 68 | Consumer Electronics Daily 04/13/2006 | "You Forwarded this message on 4/14/06 1:32 PM" |
| 69 | Consumer Electronics Daily 04/14/2006 | "You Forwarded this message on 4/14/06 2:29 PM" |
| 70 | Consumer Electronics Daily 04/18/2006 | "You Forwarded this message on 4/18/06 9:12 AM" |
| 71 | Consumer Electronics Daily 04/19/2006 | "You Forwarded this message on 4/19/06 10:26 AM" |
| 72 | Consumer Electronics Daily 04/20/2006 | "You Forwarded this message on 4/27/06 2:08 PM" |
| 73 | Consumer Electronics Daily 04/21/2006 | "You Forwarded this message on 4/27/06 2:10 PM" |
| 74 | Consumer Electronics Daily 04/24/2006 | "You Forwarded this message on 4/27/06 2:14 PM" |
| 75 | Consumer Electronics Daily 04/25/2006 | "You Forwarded this message on 4/27/06 2:18 PM" |
| 76 | Consumer Electronics Daily 04/26/2006 | "You Forwarded this message on 4/27/06 2:19 PM" |

# 225 CED Delivery Emails Produced by Warrantech on Disk Numbered WT 04061 and the Microsoft Outlook InfoBar Message Shown on Each

| No. | Email Subject Line | Outlook InfoBar Message Shown |
|---|---|---|
| 77 | Consumer Electronics Daily 04/27/2006 | "You Forwarded this message on 4/27/06 2:24 PM" |
| 78 | Consumer Electronics Daily 04/28/2006 | "You Forwarded this message on 4/28/06 9:12 AM" |
| 79 | Consumer Electronics Daily 05/01/2006 | "You Forwarded this message on 5/1/06 9:10 AM" |
| 80 | Consumer Electronics Daily 05/02/2006 | "You Forwarded this message on 5/2/06 10:00 AM" |
| 81 | Consumer Electronics Daily 05/03/2006 | "You Forwarded this message on 5/3/06 9:02 AM" |
| 82 | Consumer Electronics Daily 05/04/2006 | "You Forwarded this message on 5/4/06 10:46 AM" |
| 83 | Consumer Electronics Daily 05/08/2006 | "You Forwarded this message on 5/9/06 10:41 AM" |
| 84 | Consumer Electronics Daily 05/09/2006 | "You Forwarded this message on 5/9/06 1:51 PM" |
| 85 | Consumer Electronics Daily 05/10/2006 | "You Forwarded this message on 5/10/06 10:04 AM" |
| 86 | Consumer Electronics Daily 05/12/2006 | "You Forwarded this message on 5/12/06 8:00 AM" |
| 87 | Consumer Electronics Daily 05/15/2006 | "You Forwarded this message on 5/15/06 8:42 AM" |
| 88 | Consumer Electronics Daily 05/16/2006 | "You Forwarded this message on 5/16/06 10:27 AM" |
| 89 | Consumer Electronics Daily 05/17/2006 | "You Forwarded this message on 5/23/06 9:11 AM" |
| 90 | Consumer Electronics Daily 05/24/2006 | "You Forwarded this message on 5/24/06 8:04 AM" |
| 91 | Consumer Electronics Daily 05/30/2006 | "You Forwarded this message on 5/30/06 8:51 AM" |
| 92 | Consumer Electronics Daily 05/31/2006 | "You Forwarded this message on 5/31/06 8:08 AM" |
| 93 | Consumer Electronics Daily 06/01/2006 | "You Forwarded this message on 6/1/06 7:21 AM" |
| 94 | Consumer Electronics Daily 06/02/2006 | "You Forwarded this message on 6/2/06 7:16 AM" |
| 95 | Consumer Electronics Daily 06/06/2006 | "You Forwarded this message on 6/6/06 11:47 AM" |
| 96 | Consumer Electronics Daily 06/07/2006 | "You Forwarded this message on 6/7/06 9:02 AM" |
| 97 | Consumer Electronics Daily 06/08/2006 | "You Forwarded this message on 6/8/06 10:40 AM" |
| 98 | Consumer Electronics Daily 06/09/2006 | "You Forwarded this message on 6/9/06 9:14 AM" |
| 99 | Consumer Electronics Daily 06/12/2006 | "You Forwarded this message on 6/13/06 8:49 AM" |
| 100 | Consumer Electronics Daily 06/13/2006 | "You Forwarded this message on 6/13/06 8:43 AM" |
| 101 | Consumer Electronics Daily 06/14/2006 | "You Forwarded this message on 6/14/06 7:16 AM" |
| 102 | Consumer Electronics Daily 06/15/2006 | "You Forwarded this message on 6/15/06 7:30 AM" |
| 103 | Consumer Electronics Daily 06/16/2006 | "You Forwarded this message on 6/16/06 7:25 AM" |
| 104 | Consumer Electronics Daily 06/19/2006 | "You Forwarded this message on 6/20/06 8:08 AM" |
| 105 | Consumer Electronics Daily 06/20/2006 | "You Forwarded this message on 6/20/06 8:13 AM" |
| 106 | Consumer Electronics Daily 06/21/2006 | "You Forwarded this message on 6/21/06 8:19 AM" |
| 107 | Consumer Electronics Daily 06/22/2006 | "You Forwarded this message on 6/22/06 7:16 AM" |
| 108 | Consumer Electronics Daily 06/26/2006 | "You Forwarded this message on 6/26/06 8:46 AM" |
| 109 | Consumer Electronics Daily 07/07/2006 | "You Forwarded this message on 8/18/06 8:15 AM" |
| 110 | Consumer Electronics Daily 07/14/2006 | "You Forwarded this message on 7/18/06 1:45 PM" |
| 111 | Consumer Electronics Daily 07/17/2006 | "You Forwarded this message on 7/18/06 1:45 PM" |
| 112 | Consumer Electronics Daily 07/18/2006 | "You Forwarded this message on 7/18/06 1:38 PM" |
| 113 | Consumer Electronics Daily 07/19/2006 | "You Forwarded this message on 7/19/06 7:09 AM" |
| 114 | Consumer Electronics Daily 07/20/2006 | "You Forwarded this message on 7/20/06 10:09 AM" |

# 225 CED Delivery Emails Produced by Warrantech on Disk Numbered WT 04061 and the Microsoft Outlook InfoBar Message Shown on Each

| No. | Email Subject Line | Outlook InfoBar Message Shown |
|---|---|---|
| 115 | Consumer Electronics Daily 07/21/2006 | "You Forwarded this message on 7/21/06 7:25 AM" |
| 116 | Consumer Electronics Daily 07/24/2006 | "You Forwarded this message on 7/24/06 7:26 AM" |
| 117 | Consumer Electronics Daily 07/25/2006 | "You Forwarded this message on 7/25/06 7:28 AM" |
| 118 | Consumer Electronics Daily 07/26/2006 | "You Forwarded this message on 7/30/06 10:57 AM" |
| 119 | Consumer Electronics Daily 07/27/2006 | "You Forwarded this message on 7/30/06 10:56 AM" |
| 120 | Consumer Electronics Daily 07/28/2006 | "You Forwarded this message on 7/30/06 10:54 AM" |
| 121 | Consumer Electronics Daily 07/31/2006 | "You Forwarded this message on 7/30/06 10:52 AM" |
| 122 | Consumer Electronics Daily 08/02/2006 | "You Forwarded this message on 8/9/06 4:35 PM" |
| 123 | Consumer Electronics Daily 08/04/2006 | "You Forwarded this message on 8/8/06 7:42 AM" |
| 124 | Consumer Electronics Daily 08/07/2006 | "You Forwarded this message on 8/8/06 7:40 AM" |
| 125 | Consumer Electronics Daily 08/08/2006 | "You Forwarded this message on 8/8/06 7:39 AM" |
| 126 | Consumer Electronics Daily 08/09/2006 | "You Forwarded this message on 8/9/06 7:14 AM" |
| 127 | Consumer Electronics Daily 08/10/2006 | "You Forwarded this message on 8/10/06 7:13 AM" |
| 128 | Consumer Electronics Daily 08/11/2006 | "You Forwarded this message on 8/11/06 7:00 AM" |
| 129 | Consumer Electronics Daily 08/14/2006 | "You Forwarded this message on 8/14/06 7:26 AM" |
| 130 | Consumer Electronics Daily 08/15/2006 | "You Forwarded this message on 8/15/06 7:08 AM" |
| 131 | Consumer Electronics Daily 08/16/2006 | "You Forwarded this message on 8/16/06 7:19 AM" |
| 132 | Consumer Electronics Daily 08/17/2006 | "You Forwarded this message on 8/17/06 8:01 AM" |
| 133 | Consumer Electronics Daily 08/18/2006 | "You Forwarded this message on 8/18/06 7:52 AM" |
| 134 | Consumer Electronics Daily 08/21/2006 | "You Forwarded this message on 8/21/06 7:30 AM" |
| 135 | Consumer Electronics Daily 08/22/2006 | "You Forwarded this message on 8/22/06 7:17 AM" |
| 136 | Consumer Electronics Daily 08/23/2006 | "You Forwarded this message on 8/23/06 7:06 AM" |
| 137 | Consumer Electronics Daily 08/24/2006 | "You Forwarded this message on 8/24/06 8:09 AM" |
| 138 | Consumer Electronics Daily 08/25/2006 | "You Forwarded this message on 8/25/06 7:19 AM" |
| 139 | Consumer Electronics Daily 08/28/2006 | "You Forwarded this message on 8/28/06 7:24 AM" |
| 140 | Consumer Electronics Daily 08/29/2006 | "You Forwarded this message on 8/29/06 7:23 AM" |
| 141 | Consumer Electronics Daily 08/30/2006 | "You Forwarded this message on 8/30/06 6:48 AM" |
| 142 | Consumer Electronics Daily 08/31/2006 | "You Forwarded this message on 8/31/06 6:48 AM" |
| 143 | Consumer Electronics Daily 09/01/2006 | "You Forwarded this message on 9/5/06 7:03 AM" |
| 144 | Consumer Electronics Daily 09/05/2006 | "You Forwarded this message on 9/5/06 7:04 AM" |
| 145 | Consumer Electronics Daily 09/06/2006 | "You Forwarded this message on 9/6/06 6:56 AM" |
| 146 | Consumer Electronics Daily 09/07/2006 | "You Forwarded this message on 9/7/06 7:07 AM" |
| 147 | Consumer Electronics Daily 09/08/2006 | "You Forwarded this message on 9/8/06 6:54 AM" |
| 148 | Consumer Electronics Daily 09/11/2006 | "You Forwarded this message on 9/11/06 7:01 AM" |
| 149 | Consumer Electronics Daily 09/13/2006 | "You Forwarded this message on 9/18/06 7:23 AM" |
| 150 | Consumer Electronics Daily 09/14/2006 | "You Forwarded this message on 9/18/06 7:23 AM" |
| 151 | Consumer Electronics Daily 09/15/2006 | "You Forwarded this message on 9/18/06 7:23 AM" |
| 152 | Consumer Electronics Daily 09/18/2006 | "You Forwarded this message on 9/18/06 7:24 AM" |

# 225 CED Delivery Emails Produced by Warrantech on Disk Numbered WT 04061 and the Microsoft Outlook InfoBar Message Shown on Each

| No. | Email Subject Line | Outlook InfoBar Message Shown |
|---|---|---|
| 153 | Consumer Electronics Daily 09/19/2006 | "You Forwarded this message on 9/19/06 10:33 AM" |
| 154 | Consumer Electronics Daily 09/20/2006 | "You Forwarded this message on 9/20/06 6:54 AM" |
| 155 | Consumer Electronics Daily 09/21/2006 | "You Forwarded this message on 9/21/06 6:52 AM" |
| 156 | Consumer Electronics Daily 09/22/2006 | "You Forwarded this message on 9/22/06 7:31 AM" |
| 157 | Consumer Electronics Daily 09/25/2006 | "You Forwarded this message on 9/25/06 7:21 AM" |
| 158 | Consumer Electronics Daily 09/26/2006 | "You Forwarded this message on 9/26/06 7:46 AM" |
| 159 | Consumer Electronics Daily 09/27/2006 | "You Forwarded this message on 9/27/06 7:45 AM" |
| 160 | Consumer Electronics Daily 10/03/2006 | "You Forwarded this message on 10/9/06 7:13 AM" |
| 161 | Consumer Electronics Daily 10/04/2006 | "You Forwarded this message on 10/9/06 7:17 AM" |
| 162 | Consumer Electronics Daily 10/05/2006 | "You Forwarded this message on 10/9/06 7:20 AM" |
| 163 | Consumer Electronics Daily 10/06/2006 | "You Forwarded this message on 10/9/06 7:27 AM" |
| 164 | Consumer Electronics Daily 10/10/2006 | "You Forwarded this message on 10/9/06 7:31 AM" |
| 165 | Consumer Electronics Daily 10/11/2006 | "You Forwarded this message on 10/11/06 6:58 AM" |
| 166 | Consumer Electronics Daily 10/12/2006 | "You Forwarded this message on 10/12/06 7:04 AM" |
| 167 | Consumer Electronics Daily 10/13/2006 | "You Forwarded this message on 10/13/06 6:14 AM" |
| 168 | Consumer Electronics Daily 10/16/2006 | "You Forwarded this message on 10/23/06 7:16 AM" |
| 169 | Consumer Electronics Daily 10/17/2006 | "You Forwarded this message on 10/23/06 7:19 AM" |
| 170 | Consumer Electronics Daily 10/19/2006 | "You Forwarded this message on 10/23/06 7:24 AM" |
| 171 | Consumer Electronics Daily 10/20/2006 | "You Forwarded this message on 10/23/06 7:27 AM" |
| 172 | Consumer Electronics Daily 10/24/2006 | "You Forwarded this message on 10/24/06 6:53 AM" |
| 173 | Consumer Electronics Daily 10/26/2006 | "You Forwarded this message on 10/26/06 6:52 AM" |
| 174 | Consumer Electronics Daily 10/27/2006 | "You Forwarded this message on 10/27/06 6:55 AM" |
| 175 | Consumer Electronics Daily 10/30/2006 | "You Forwarded this message on 10/30/06 7:43 AM" |
| 176 | Consumer Electronics Daily 10/31/2006 | "You Forwarded this message on 10/31/06 7:07 AM" |
| 177 | Consumer Electronics Daily 11/01/2006 | "You Forwarded this message on 11/1/06 6:39 AM" |
| 178 | Consumer Electronics Daily 11/02/2006 | "You Forwarded this message on 11/2/06 6:53 AM" |
| 179 | Consumer Electronics Daily 11/03/2006 | "You Forwarded this message on 11/6/06 7:13 AM" |
| 180 | Consumer Electronics Daily 11/06/2006 | "You Forwarded this message on 11/6/06 7:23 AM" |
| 181 | Consumer Electronics Daily 11/07/2006 | "You Forwarded this message on 11/7/06 6:50 AM" |
| 182 | Consumer Electronics Daily 11/08/2006 | "You Forwarded this message on 11/8/06 6:47 AM" |
| 183 | Consumer Electronics Daily 11/09/2006 | "You Forwarded this message on 11/9/06 6:45 AM" |
| 184 | Consumer Electronics Daily 11/13/2006 | "You Forwarded this message on 11/10/06 6:31 AM" |
| 185 | Consumer Electronics Daily 11/14/2006 | "You Forwarded this message on 11/14/06 6:39 AM" |
| 186 | Consumer Electronics Daily 11/15/2006 | "You Forwarded this message on 11/15/06 9:12 AM" |
| 187 | Consumer Electronics Daily 11/16/2006 | "You Forwarded this message on 11/17/06 6:48 AM" |
| 188 | Consumer Electronics Daily 11/17/2006 | "You Forwarded this message on 11/17/06 6:49 AM" |
| 189 | Consumer Electronics Daily 11/20/2006 | "You Forwarded this message on 11/19/06 9:57 AM" |
| 190 | Consumer Electronics Daily 11/21/2006 | "You Forwarded this message on 11/27/06 7:14 AM" |

# 225 CED Delivery Emails Produced by Warrantech on Disk Numbered WT 04061 and the Microsoft Outlook InfoBar Message Shown on Each

| No. | Email Subject Line | Outlook InfoBar Message Shown |
|---|---|---|
| 191 | Consumer Electronics Daily 11/22/2006 | "You Forwarded this message on 11/27/06 7:14 AM" |
| 192 | Consumer Electronics Daily 11/24/2006 | "You Forwarded this message on 11/27/06 7:15 AM" |
| 193 | Consumer Electronics Daily 11/27/2006 | "You Forwarded this message on 11/27/06 7:15 AM" |
| 194 | Consumer Electronics Daily 11/29/2006 | "You Forwarded this message on 11/29/06 7:04 AM" |
| 195 | Consumer Electronics Daily 11/30/2006 | "You Forwarded this message on 11/30/06 7:24 AM" |
| 196 | Consumer Electronics Daily 12/04/2006 | "You Forwarded this message on 12/4/06 6:42 AM" |
| 197 | Consumer Electronics Daily 12/05/2006 | "You Forwarded this message on 12/5/06 6:55 AM" |
| 198 | Consumer Electronics Daily 12/07/2006 | "You Forwarded this message on 12/7/06 6:43 AM" |
| 199 | Consumer Electronics Daily 12/08/2006 | "You Forwarded this message on 12/8/06 6:48 AM" |
| 200 | Consumer Electronics Daily 12/20/2006 | "You Forwarded this message on 12/20/06 6:34 AM" |
| 201 | Consumer Electronics Daily 12/21/2006 | "You Forwarded this message on 12/21/06 6:54 AM" |
| 202 | Consumer Electronics Daily 12/22/2006 | "You Forwarded this message on 12/22/06 6:41 AM" |
| 203 | Consumer Electronics Daily 12/26/2006 | "You Forwarded this message on 1/3/07 6:46 AM" |
| 204 | Consumer Electronics Daily 12/28/2006 | "You Forwarded this message on 12/28/06 6:47 AM" |
| 205 | Consumer Electronics Daily 12/29/2006 | "You Forwarded this message on 12/29/06 6:51 AM" |
| 206 | Consumer Electronics Daily 01/04/2007 | "You Forwarded this message on 1/4/07 6:54 AM" |
| 207 | Consumer Electronics Daily 01/26/2007 | "You Forwarded this message on 1/26/07 8:40 AM" |
| 208 | Consumer Electronics Daily 01/29/2007 | "You Forwarded this message on 1/29/07 8:46 AM" |
| 209 | Consumer Electronics Daily 01/30/2007 | "You Forwarded this message on 1/30/07 8:43 AM" |
| 210 | Consumer Electronics Daily 01/31/2007 | "You Forwarded this message on 1/31/07 7:08 AM" |
| 211 | Consumer Electronics Daily 02/02/2007 (RESEND) | "You Forwarded this message on 2/2/07 8:21 AM" |
| 212 | Consumer Electronics Daily 02/06/2007 | "You Forwarded this message on 2/6/07 7:09 AM" |
| 213 | Consumer Electronics Daily 02/07/2007 | "You Forwarded this message on 2/7/07 7:16 AM" |
| 214 | Consumer Electronics Daily 02/12/2007 | "You Forwarded this message on 2/12/07 7:04 AM" |
| 215 | Consumer Electronics Daily 02/13/2007 | "You Forwarded this message on 2/13/07 6:51 AM" |
| 216 | Consumer Electronics Daily 02/14/2007 | "You Forwarded this message on 2/14/07 7:14 AM" |
| 217 | Consumer Electronics Daily 02/15/2007 | "You Forwarded this message on 2/15/07 8:12 AM" |
| 218 | Consumer Electronics Daily 02/16/2007 | "You Forwarded this message on 2/16/07 7:08 AM" |
| 219 | Consumer Electronics Daily 02/20/2007 | "You Forwarded this message on 2/19/07 7:29 AM" |
| 220 | Consumer Electronics Daily 02/22/2007 | "You Forwarded this message on 2/22/07 7:18 AM" |
| 221 | Consumer Electronics Daily 02/23/2007 | "You Forwarded this message on 2/23/07 6:55 AM" |
| 222 | Consumer Electronics Daily 02/26/2007 | "You Forwarded this message on 2/27/07 7:50 AM" |
| 223 | Consumer Electronics Daily 02/27/2007 | "You Forwarded this message on 2/27/07 8:32 AM" |
| 224 | Consumer Electronics Daily 06/26/2007 | "You Forwarded this message on 6/26/07 6:57 AM" |
| 225 | Consumer Electronics Daily 06/28/2007 | "You Forwarded this message on 6/28/07 6:55 AM" |

Warren's Statement Of Material Facts Not In Dispute

# ATTACHMENT

# C

**From:** Steve Williams
**Sent:** Wednesday, February 01, 2006 08:00 AM
**To:** Joel@warrantech.com
**Subject:** FW: Consumer Electronics Daily 02/01/2006
**Attachments:** CED0201.pdf

-----Original Message-----
From: Consumer Electronics Daily [mailto:CEDaily@warren-news.com]
Sent: Tuesday, January 31, 2006 8:07 PM
To: Steve Williams
Subject: Consumer Electronics Daily 02/01/2006
Dear Subscriber:
Here are the headlines from today's Consumer Electronics Daily, which is attached:
LOW YIELDS FORCE LIQUIDATION of Kodak-Sanyo joint venture in OLED manufacturing after 5-year run.
JVC BLU-RAY DECK UNLIKELY THIS YEAR as 'standards are not yet resolved,' company tells European reporters.
TOSHIBA UPGRADES YEAR-END FORECAST on better-than-expected results in electronic devices and other core sectors.
FUJI TO CUT 5,000 JOBS as it tries to overcome 'intensifying' competition and slowdown in digital camera sales.
DIGITAL TV: Work continues on 2-way plug-&-play, despite rancorous debate, CEA and NCTA tell FCC in separate filings.
SATELLITE: U.K.'s Sky begins posting EPG listings for its HD channels due to launch this half.
COURTS: Japan's Elpida is fined $84 million after guilty plea in U.S. price-fixing probe of DRAM chips.

Copyright (C) 2006 by Warren Communications News, Inc. Reproduction or retransmission in any form, without written permission, is a violation of Federal Statute (17 USC101 et seq.).

NOTE: In order to read the attached file, double-click on the icon.
If the file doesn't display, you probably need Adobe Acrobat
Reader software, which you can download for free at:
http://www.adobe.com/products/acrobat/readstep.html
If you need further assistance, please feel free to contact us at 800-771-9202.
Sales Department
Warren Communications News, Inc.
sales@warren-news.com
800-771-9202




WARREN'S **Consumer Electronics Daily**

The Authoritative News Service of the Consumer Electronics and Allied Industries

WEDNESDAY, FEBRUARY 1, 2006 VOL. 6, NO. 21

Today's News:

**LOW YIELDS FORCE LIQUIDATION** of Kodak-Sanyo joint venture in OLED manufacturing after 5-year run. (P. 1)

**JVC BLU-RAY DECK UNLIKELY THIS YEAR** as 'standards are not yet resolved,' company tells European reporters. (P. 2)

**TOSHIBA UPGRADES YEAR-END FORECAST** on better-than-expected results in electronic devices and other core sectors. (P. 3)

**FUJI TO CUT 5,000 JOBS** as it tries to overcome 'intensifying' competition and slowdown in digital camera sales. (P. 3)

**DIGITAL TV:** Work continues on 2-way plug-&-play, despite rancorous debate, CEA and NCTA tell FCC in separate filings. (P. 4)

**SATELLITE:** U.K.'s Sky begins posting EPG listings for its HD channels due to launch this half. (P. 6)

**COURTS:** Japan's Elpida is fined $84 million after guilty plea in U.S. price-fixing probe of DRAM chips. (P. 6)

Joint Venture Liquidated

## Low Yields Force Kodak and Sanyo to Cease OLED Production

Hampered by low production yields, Sanyo and Kodak are liquidating their money-losing SK Display OLED manufacturing joint venture, ending a 5-year run.

With the shutting down of SK's OLED plant in Japan, Kodak will return its focus to R&D and licensing, but will lose a high-profile partner in Sanyo. Sanyo, along with eMagin, were Kodak's 2 licensees for active matrix OLED technology. EMagin will continue developing and manufacturing small molecule-based AMOLEDs for microdisplays at its E. Fishkill, N.Y., facility, a spokesman said. "We continue to license the technology and we continue to make microdisplays," the eMagin spokesman said.

Kodak has been reviewing options for the Sanyo JV for nearly a year. Kodak executives told us last year (CED Jan 25/05 p1) that shifting focus to licensing the technology was among the strategies being considered for a manufacturing business where yields were running as low as 40%. The yields needed to be increased to at least 70% for OLEDs to become commercially viable, company executives said. Kodak began OLED development with Sanyo in 1999 and opened the factory about 2 years later. Sanyo will absorb the cost of the liquidation, a Kodak spokesman said.

Kodak, which has about 20 licensees for its OLED technologies (2 for AMOLED, 18 for PMOLED), suffered a blow last fall when Pioneer dissolved the AMOLED joint venture ELDis Inc. (CED Dec 12 p3), a 3-year-old partnership that included Tohoku Pioneer, Semiconductor Energy Laboratory Co. and Sharp. Pioneer, which was among the first to introduce a 5.2" PMOLED for car stereo head units in 1999, is continuing to manufacture passive matrix displays. Samsung SDI also is developing AMOLEDs, but has yet to get a Kodak license. Samsung has a PMOLED license.

Copyright © 2006 by Warren Communications News, Inc. Reproduction or retransmission in any form without written permission is a violation of Federal Statute (17 USC01 et seq).

Kodak once had ambitious plans for OLED technology. It established a separate Cal.-based displays unit and earlier this decade forecast the technology generating annual revenues of $500 million by 2005. The total OLED industry produced revenues of $650 million last year, analysts have said. Kodak CEO Antonio Perez conceded the company would fall short of its sales target. Kodak moved the display business back to its Rochester, N.Y. hq, but as recently as last year showed a new 2.5" AMOLED and had a 2.2" AMOLED display in the Cliod and Aviah brand digital audio players marketed by Neosol and Ovideon. Kodak used a 2.2" AMOLED as a display in an EasyShare digital camera, but never shipped the product in the U.S. because of yield issues, company officials have said.

"There is one reason people aren't manufacturing OLEDs in volume -- the display performance doesn't work as advertised and they can't yield it," said Stuart Hough, an OLED consultant and former executive at OLED developer Cambridge Display Technologies. "In this case it's a little bit of both. When you look at the structure of LCD vs. OLED and the technology risk, backplane and the organics it becomes quite apparent why things haven't happened as projected. If there were no LCDs, OLEDs would get all kinds of attention."

Kodak sought to put a good face on the OLED development, failing to mention the liquidation in a news release, stating instead that Sanyo had taken full control of SK. The experience with SK was "valuable" and gives Kodak a "good understanding of the design and manufacturing process for OLED displays," said Mary Jane Hellyar, pres. of Kodak's display business in a statement. "This expertise is enabling us to work closely with our licensees to optimize their panel designs, systems integration and time to market." Kodak continues "to see excellent opportunity" for OLED technology and remains committed to developing it, said a company spokesman in arguing that SK was but "one component' of an overall strategy. How the reconstituted OLED business will be structured hasn't been finalized, the spokesman said. In addition to Hellyar, the operation also included Vp-Gen. Mgr. Donna Flamme, Strategic Mktg. Dir. Daniel Gisser and Mktg. Dir. Rogelio Sobers.

Meanwhile, Sanyo reported it swung to a $53 million 3rd-quarter profit from a net loss a year earlier despite a 1.5% decline in revenue to $5.2 billion. The company stood by a forecast for a $1.9 billion group net loss in the fiscal year ending in March as it pays for restructuring and writes down the value of assets.

Sanyo embarked on a sweeping restructuring last year, vowing cut 15% of its work force, close factories, halve debt and streamline unprofitable businesses including home appliances and semiconductors. In seeking additional funding, Sanyo plans to issue $2.5 billion worth of convertible preferred shares to Goldman Sachs Group, Daiwa Securities and Sumitomo Mitsui Banking Corp. in a sale that will give the 3 investors majority control of the company's board.

Despite its troubles, the quarterly results showed Sanyo had some pockets of strength, analysts said. It enjoys strong demand for rechargeable batteries used in digital cameras, cellphones and notebook PCs, the analysts said. Third-quarter operating profit in the batteries business jumped 70%, accounting for slightly less than 70% of overall group profit. Sanyo also announced that it will develop nickel metal hydride (Ni-MH) battery systems with Volkswagen for the hybrid vehicle market. Sanyo already provides batteries for Honda's hybrid cars. -- ***Mark Seavy***

Hybrid BD-DVD is Touted

## Blu-ray Not Likely from JVC This Year, Company Tells European Media

DUBLIN, Ireland -- The most downplayed topic got the most attention at JVC's European dealer meet here, when executives told reporters the company isn't likely to offer a Blu-ray player this year because standards aren't completely resolved. But JVC reiterated support for the format and touted the hybrid BD/DVD it developed to let studios to put HD and SD versions of content on a single disc that's backward compatible with current DVD hardware.

Demonstrating an HD recording of JVC Jazz at Newport on a Blu-ray player marked "prototype," Andy Northwood, product technical support for JVC U.K., told reporters "it's unlikely JVC will launch a Blu-ray player this year -- the standards are not yet resolved." His comments were supplemented by Masanori Kitami, JVC assistant-dir. and gen. mgr.-consumer product strategy.

"At CES there were some Blu-ray announcements but they were only as a countermeasure to the HD DVD announcements," Kitami said. "CPS [copy protection] licensing has not started yet -- it will start in March -- but much is still unclear. ROM verification is not yet finalized, so nobody can check compatibility." Although there's a verification disc for JVC's hybrid disc, Blu-ray makers "need more time," he said. Asked if JVC could launch this year, Kitame gave a doubtful look but didn't say no: "There are so many unclear parts." He was similarly indecisive when asked if JVC would consider offering HD DVD: "I am not in position to say."

Anticipating Blu-ray questions, Kitami prepared a slide show that summarized the hardware and software support for Blu-ray and HD DVD, JVC's position on the format war and the importance of its single sided, triple-layer hybrid disc, first demonstrated at CES in 2005. "Look at the balance of power. The Blu-ray camp will win. That is my personal belief," Kitami said. He underscored the difficulty of Universal being the only studio exclusively committed to HD DVD.

"What Universal does is our headache and the consumer's headache. My daughter loves *Harry Potter* and that's a Universal title [sic]. My son loves *Spiderman* and that's Sony." Asked if JVC could build a single player to handle the rival formats, Kitami said "that's a very good answer but the consumer has to pay in royalties." He acknowledged Hewlett-Packard's defection from Blu-ray, and Intel's and Microsoft's lack of support for the format. To shore up support, "JVC will pursue Japanese major manufacturers," Kitami said. Meanwhile, he suggested others pursue Universal to support Blu-ray as well as HD DVD. "Sony has to say to Universal, 'At least go to the in-between position'." -- ***Barry Fox***

PC Business Profitable

## Toshiba Upgrades Forecast On Better-Than-Expected Results in Core Sectors

Better-than-expected performance in many of its core businesses spurred Toshiba to announce Tues. upgrades of all sales and profit forecasts for the fiscal year ending March 31. Toshiba raised its net income projection 18% from its April 2005 forecast to ¥65 billion, on sales of ¥6.3 trillion -- ¥300 billion higher than its previous projection.

The economic outlook remains uncertain because of volatile crude oil prices and stock market trends, Toshiba said in reporting 3rd-quarter results. Even so, Toshiba's core businesses "are moving forward more strongly than originally anticipated" -- justifying the upgraded forecast, the company said. It cited particularly "robust performance" in electronic devices, mainly semiconductors, and in its medical systems business. Toshiba said the electronic devices sector "saw signs of an improved business environment as inventory adjustment eased."

Overall Toshiba net income in the quarter soared over 1,200% to $185.2 million (at $1 = ¥118 at quarter's end) on sales that grew 16% to $13.42 billion. Digital products saw an 18% operating income rise to $112.42 million, on sales that climbed 15% to $5.94 billion. Operating income in electronic devices soared 724% to $318.02 million on sales that climbed 23% to $3.11 billion.

In digital products, Toshiba experienced higher sales of storage devices, particularly hard drives. Its PC business had strong overseas sales growth and remained profitable as a result of cost reduction measures, which served as a hedge against price erosion and higher procurement costs triggered by the weaker yen. -- ***Paul Gluckman***

Forecasts Are Slashed

## Fuji To Cut 5,000 Jobs to Cope With Strong Competition, Slower Sales

Fuji will slash about 5,000 jobs in its Imaging Solutions division worldwide as part of "structural reforms" to combat "intensifying competition due to reduced demand for color film and slowing growth in the digital camera market," the company said Tues. The moves are expected to cost the company ¥80 billion this fiscal year and ¥85 billion next year, Fuji said.

The company reduced estimates for the fiscal year ending in March. Fuji said it expects to post ¥20 billion profit on ¥2.65 trillion sales rather than the ¥85 billion profit on ¥2.70 trillion sales projected Oct. 31. Fuji posted sales of ¥2.53 trillion and profit of ¥84.5 billion last year. The company also said it expects to post operating income of ¥75 billion instead of the ¥170 billion predicted earlier. It posted a ¥164.4 billion operating profit last year.

Fuji said it will reform its digital camera business and optimize business systems for color film and other photosensitive material. The digital camera business restructuring will include strengthening "product lineups which contain distinctive features such as high-sensitivity," scaling down domestic production system and establishing a mass production system in China, and an "exhaustive reduction of expenditure" and strengthening of supply chain management to lower total inventory.

The company didn't specify how many job cuts will be made in each country. But AP, citing a company spokesman in Japan, reported that 1,000 positions will be eliminated in that country and the rest overseas. The company said the changes will be made "intensively over a one-year period, spanning the 2nd half of the fiscal year ending March 2006 and the first half of the fiscal year ending March 2007."

Fuji said its Information Solutions and Document Solutions divisions -- 2 of its 3 main business segments -- "posted fair performance results during the current fiscal year" as a result of the Vision75 management plan it formulated in Feb. 2004. But the company said the Imaging Solutions division, which accounts for about 30% of company revenue, was being hurt by stronger competition and "slowing growth in the digital camera market." Fuji said it expects the "unfavorable market situation" to "continue and further negative impact on profit is expected."

The company said it also expects to report an operating profit of ¥200 billion for the fiscal year ending March 2008 and an operating profit of ¥280-¥300 billion for the fiscal year ending March 2011 "by propelling new growth strategies."

A day earlier, rival Canon said it expected digital camera market growth to continue this year, "particularly in overseas markets," as it posted stronger 4th-quarter group net profit on the strength of brisk sales of digital cameras and a strong dollar (CED Jan 31 p3). Canon said demand for single lens reflex (SLR) digital cameras "continued to grow significantly" and sales of compact digital cameras "remained strong." The company said its EOS Digital Rebel XT, launched in the first half of 2005, and the EOS 5D, launched in the 2nd half, recorded "particularly strong sales" among its SLR offerings, along with "continued healthy sales of the EOS 20D, launched in the previous period." The company said strong demand for those models also "led to expanded sales of interchangeable lenses for SLR cameras," which camera makers often cite as a reason they look forward to SLR segment growth. Among Canon's compact digital cameras, the company said it saw "healthy demand" for the PowerShot SD400 and PowerShot A520, launched in the first half of 2005, as well as the PowerShot SD550 and PowerShot SD450 models, introduced 2nd half. As a result, it said, unit sales of digital cameras increased more than 20% in the year.

Canon also enjoyed strong demand for its new Mini DV, DVD, and HDV camcorders, including the Optura 600, the DC20/10 and XL H1, it said. Camera sales overall "continued to enjoy growth," achieving a total sales increase of 15.2% to ¥879.2 billion ($7.45 billion), Canon said. Operating profit ratio for the company's camera segment rose 2.7 points, "boosted by such factors as substantially increased sales, cost reduction efforts including the in-house production of key parts and procurement reform and sales growth for digital SLR cameras and other high valued-added products," Canon said. As a result, operating profit for the camera segment soared 32.8% to ¥173.7 billion ($1.47 billion), it said. -- ***Jeff Berman***

## Digital TV

**Despite "the animated rhetoric of pleadings" filed at the FCC** in late Nov. on the progress of negotiations over bidirectional CableCARDs (CED Dec 2 p1), "the cable and consumer electronics industries continue to meet and work with each other," NCTA told the Commission on Mon. in its latest update on the talks. Besides getting together Dec. 8 and Jan. 17 to discuss business and technical issues on 2-way plug & play, NCTA said, cable and CE have continued engineering discussions on "how device resources can be shared practically between cable and applications and other

applications" of a bidirectional CableCARD product. Those talks have addressed several "use cases" that may arise as issues in different generations of interactive DTVs, NCTA said. It said the issues discussed include: (1) How to tune to terrestrial channels using an 8-VSB tuner while cable services are running. (2) How functions such as volume and color controls and PIP might appear. (3) Which remote control keys should be reserved for specific functions. The talks, which include weekly conference calls and more in-depth meetings face to face, aim at developing "engineering change requests" (ECRs) for submission to CableLabs "as may be needed to improve, clarify and adjust" the Open-Cable Application Platform (OCAP) specs, NCTA said. In a separate filing, CEA concurred that cable and CE met in Dec. and Jan., saying it was mainly to discuss OCAP testing. At the most recent meeting, CEA said, "cable proposed being able to launch new applications on their leased devices without any required testing and then submitting them for testing on competitive entrant devices -- with no mechanism to assure that the applications would ever run properly (or be fixed to run properly within a reasonable time) on those competitive devices. The CE side found this approach unsatisfactory, and further discussions on this subject are already scheduled." Even so, cable and CE "have come a long way in the inter-industry process to achieve a mutual appreciation of the dimensions of the problem posed by the testing of OCAP applications," CEA said: "In particular, an inadequately tested 'unbound' application, whose function is not limited to a particular program or channel, could threaten the essential functions and viability of a DTV receiver that represents one of a family's larger investments. This case is especially problematic when faulty operation, resulting from a faulty application downloaded by the cable provider without the consent or knowledge of the consumer, has the potential to impair or disable the functionality of the consumer's DTV receiver. Yet it is these applications, in particular, which the cable group proposes to put into commercial release after testing only on proprietary set-top boxes, with no intent to test these critical applications on competitive entrant devices." CEA said cable acknowledges the need for such testing, but only after commercial deployment may occur. -- *PG*

## Companies

**NDS reported 2nd-quarter net income improved to $25.9 million from $17.8 million a year earlier** in its first earnings release since DirecTV launched a new platform containing its XTV PVR software. Revenues rose to $152.2 million from $141.6 million as license and royalty fees jumped to $26.9 million from $18.8 million on the strength of the new DirecTV pact in which XTV replaced TiVo as the PVR platform of choice. NDS executives declined to disclose the royalty the company receives on sale of each XTV-based DirecTV receiver. In the past, however, CEO Abe Peled said the typical XTV per unit royalty varies from $6-$15 depending on volume, with larger shipments being charged a lower fee. Middleware deployments in set-top boxes during the quarter totaled 7.4 million, a large portion of which were downloads to DirecTV receivers, company officials said in an earnings conference call on Tues. The bulk of DirecTV middleware downloads are expected to be completed by the end of the 2nd quarter, CEO Abraham Peled said. Cumulative middleware deployments were 34.1 million at quarter's end, up from 19.3 million a year earlier, NDS said. The XTV DVR platform added 300,000 STBs during the quarter for an overall total of 2 million units, an increase from 900,000 a year ago, the company said. NDS' conditional access revenues increased to $87.6 million from $86.7 million, while those from new technologies jumped to $23 million from $21.5 million. It delivered 6.1 million smart cards during the quarter, down from 8.1 million a year earlier when NDS benefitted from a new deployment with Sky Italia. Total operating expenses declined to $56.1 million from $63.1 million. Deferred income declined to $45.2 million from $47.1 million as of June 30. The deferred total included $12 million related to a change over in smart cards. NDS also expects to benefit from the launch of the Tata Sky direct-to-home satellite service in India later this year, Peled said. Tata is projected to have 5 million subscribers within 3-5 years, he said. Its XTV PVR platform also is being deployed with Korea Digital Satellite Bcstg.'s SkyLife by mid-2006. SkyLife has 1.8 million subscribers. NDS also expects to have initial shipments of STBs based on its Xspace platform starting in 2007, most likely starting with BSkyB in the U.K. and possibly followed by DirecTV and others, Peled said. The software platform enables the delivery of online entertainment and media service via hybrid broadcast/IP STBs, company officials said. The services are triggered by hyperlinks embedded in TV programming. Among those expected to provide content are Akimbo, Fox Sports and IGN Entertainment.

---

**EchoStar joined Liberty Media in investing in Cal. start-up Sling Media**, which raised $46.6 million in the funding round. Sling will use the money for product development and international expansion, the company said. Other investors in the closely held company included Goldman Sachs & Co., Allen & Co. and the venture capital firms DCM Doll Capital Management and Mobius Venture Capital. Sling executives declined comment on whether its

Slingbox set-top device will be combined with product offerings from either Liberty or EchoStar. Liberty controls Starz Entertainment Group and QVC, while EchoStar operates the Dish satellite network. An EchoStar spokesman declined comment, but the company in late 2004 invested $9 million in Archos, an alliance that resulted in Dishplayer portable media devices. Sling launched sales of its Slingbox last year. The device enables viewers to route the live TV signal coming into their homes to a portable device anywhere on the globe via. a broadband Internet connection. The Slingbox gives the uses control of a home TV and a digital recorder even if they are thousands of miles away. There is no charge for the service, which is based on an STB ($250) that sits between a cable or satellite receiver and a home broadband Internet connection and pumps TV programs out via the Internet. It works with a standard Windows PC.

## Retail

**Rex Stores has agreed to invest $7.5 million in a La.-based limited liability company** that will build and operate an ethanol production facility, according to an SEC filing Tues. The investment is expected to be made before July 1 and is subject to additional financing, said Rex, which didn't disclose how much additional money needs to be raised. Rex obtained a $7.5 million letter of credit to fund the investment, the company said in an SEC filing. Rex reached an agreement last fall to buy a convertible secured promissory note, the proceeds from which were to be used to create a limited liability company to build and operate an ethanol production facility. Under the agreement, Rex was required to get a $5 million irrevocable letter of credit -- the principal amount of the promissory note -- to secure the chain's obligation to buy it, Rex has said. Rex Stores CEO Stuart Rose is eligible for a bonus of up to 3% of the chain energy-related earnings before taxes, provided he doesn't get a total of more than $1 million.

## Satellite

**U.K. satellite service Sky began displaying its HD channel listings** on its EPG Tues. The listings are viewable by all 8 million Sky and Sky+ customers, but only Sky HD subscribers will have access to the channels when they go live in this half. For nonsubscribers, clicking on an HD listing brings up a pitch to upgrade. The service will launch with at least 9 channels, including movies and sports. Subscribers need an Sky HD set-top and HD-ready display.

## Courts

**A 4th company pleaded guilty to fixing prices for DRAM chips** in the Justice Dept.'s (DoJ) antitrust probe of the industry, which continues. Japan's Elpida Memory agreed to plead guilty and pay an $84 million fine in the case, the DoJ said Tues. Including Elpida, 4 companies and 5 individuals have been charged, producing more than $730 million in fines. The others are Infineon, Hynix and Samsung.

## E-Commerce

**Amazon.com and Target violated e-commerce patents** on technology that made available to Amazon and associated websites a consumer's personal information entered on any site in the network, alleges a lawsuit in U.S. Dist. Court, Denver. Registrar Systems and principals John Klug and Thad Peterson said they received 2 patents for the disputed technology in 1998 and 2004, but learned of the setup between Amazon and Target only in 2005. The patents are numbered 5,790,785 and 6,823,327. Klug and Peterson said in the complaint they came up with the idea of a "registrar web site" in 1995 that would centrally host a customer's personal information and feed it to other websites when a consumer indicated an intention to make a purchase on associated sites. About 2004 Amazon made a deal under which Target would let visitors to Target.com use their Amazon.com account information, e-mail and password login, and shipping and billing addresses to complete purchases at Target.com, the complaint

said. The same service from Amazon is provided to Toys 'R' Us, Bose, Nordstrom, Reed's Jewelers, JCPenney, Cooking.com and several other online retailers. Registrar Systems wants the court to validate its patents, stop Amazon, Target and associated websites from using the shared-information technology, and award damages from Amazon and Target. The court scheduled a hearing March 27.

## Videogames

**The redesigned Nintendo DS unveiled last week (CED Jan 27 p6) wasn't meant to replace** the current version, a Nintendo of Europe (NOE) spokesman said Tues. He said the company has no plans to phase out any handheld products; the DS Lite "will be an expansion to the portfolio and will sell at a slightly higher price point than the original to reflect its 'premium' positioning." The company said the new version will ship in March in Japan at ¥16,800 ($145.57 at $1=¥115.41). Nintendo said the system will also ship in N. America and Europe but didn't announce timing or pricing. Separately, a Media Create spokesman said DS supplies in Japan haven't improved. The system reclaimed its market share lead among game hardware systems there the week ended Jan. 22 (CED Jan 30 p8).

---

**Microsoft made its first Xbox 360 system update available online.** The update includes improvements to the Xbox Guide, an option to retain saved games when the user deletes a profile, increased accuracy of the "last time played" feature, network configuration improvements for members of the Xbox Live online game service in the Netherlands and more detailed messaging for unreadable disc or region errors. Microsoft said Xbox 360 consoles would be updated automatically, and free, the next time users sign on to Xbox Live. Separately, Sony Computer Entertainment didn't respond to a request for comment by our deadline about published reports that hackers broke the company's PSP security protection on even the most recent firmware update. But it appeared only home-brew software, not pirated PSP software, could run. A separate report said 70,000 PS2 consoles had been sold in Finland and more than 300,000 PS2 games during 2005 through Nordisk Film, which represents Sony in the region.

---

**"Truly significant revenue" from in-game advertising is likely to be 5 years or more away,** DFC Intelligence predicted in a report. The research firm said "it will probably take that long to build the installed base" of the new game console systems and test business models. The firm said that "even when it does occur, it is likely to remain a secondary revenue stream and the leading revenue source is likely to remain consumers paying money to buy their interactive entertainment."

---

**Its first week available in the U.K., Tecmo's *Dead or Alive 4* for Xbox 360** became the best-selling game there, according to the Entertainment & Leisure Software Publishers Assn.'s Chart Track data for the week ended Jan. 28. It was the only new game in the top 10. There was one other Xbox 360 exclusive in the top 10: Microsoft's *Project Gotham Racing 3* at #9 (up 7 in its 3rd week). *Need for Speed Most Wanted* from Electronic Arts (EA) -- the previous week's #1 game -- dropped to #2 in its 10th week. EA had 2 other games in the top 10: *The Sims 2* at #4 (down one in its 35th week) and *FIFA 06* at #6 (down one in its 18th week). Rounding out the top 10 were Ubisoft's *King Kong* at #3 (down one in its 11th week), Konami's *Pro Evolution Soccer 5* at #5 (down one in its 15th week), Activision's *Call of Duty 2* at #7 (up 2 in its 10th week), Take-Two Interactive's *Grand Theft Auto: Liberty City Stories* for PSP at #8 (down 2 in its 13th week) and LucasArts Entertainment's *Star Wars: Battlefront II* at #10 (down 3 in its 14th week)... *Dead or Alive 4* moved up one to become the top-rented videogame for online game rental service GameFly in the week ended Jan. 30. There were 4 other Xbox 360 SKUs in the top 10: *King Kong* at #3 (up 2) from the previous week), Sega's *Condemned: Criminal Origins* at #4 (down 3), *Call of Duty 2* at #7 (down 3) and EA's *Need for Speed: Most Wanted* at #9. Activision and Ubisoft each had one other game in the top 10. Activision's was *Gun* for Xbox at #8 (up one). Ubisoft's was *Prince of Persia: The Two Thrones* for Xbox at #5 (down 2). Rounding out the top 10 were *25 To Life* for Xbox from Eidos at #2, Sony's *Shadow of the Colossus* for PS2 at #6 (up 4) and Capcom's *Resident Evil 4* for PS2 at #10 (down 4).

---

**Take-Two Interactive is an unlikely takeover candidate despite recent speculation,** Bank of America and Citigroup analysts said in separate research reports. Banc of America Securities' Gary Cooper said an acquisition of the publisher by a major game publishing rival, an entertainment conglomerate or even a financial buyer "is highly

WT 01016

unlikely" for reasons including Take-Two's "over-dependance on one title" -- *Grand Theft Auto* -- as well as "high cost structure, cash burn and mounting liabilities." Cooper said he believes Take-Two is "burning cash at a concerning rate and we think cash levels could approach $75 million by spring." He also predicted there will be "more title delays," as well as possibly another SEC investigation and "potentially key employee departures." Cooper also said he doesn't expect a *Grand Theft Auto* game for Sony's PS3 console until fall 2007. Citigroup's Elizabeth Osur said "a public company buyer is unlikely given the bad press surrounding many of Take-Two's franchises." But she said "a private buyer could find the assets appealing" -- although there was "no sign of an interested private buyer." Cooper downgraded the company to sell last week and kept that rating Mon. but Osur suggested investors "hold" their stock in the company, largely because she believes "a truly new *Grand Theft Auto* game will emerge in holiday '07" and she continues to believe "that alone supports some upside from the current share price." Take-Two shares were down 2.04% at $15.86 in late afternoon trading Tues. Separately, Janco Partners started coverage of Take-Two rival THQ with a "market perform" rating Tues. THQ shares were down 2.63% at $26.25 in late afternoon trading. Investors appeared apprehensive about much of the videogame sector Tues. Electronic Arts (EA) shares were down 3.14% at $54.58 and Midway Games shares 4.53% at $13.29 in late afternoon trading but Activision shares were up 2.43% at $14.34. EA will be announcing results for its 3rd quarter Thurs., followed by THQ Fri. and Activision Mon.

## Consumer Electronics People

**Jeff Bouchard** resigns as Pixelworks CFO, effective Feb. 10, to accept a CFO post at an unspecified Silicon Valley firm... **Bernard Girod** to retire Dec. 31 as Harman International CEO, will remain a dir... Appointments at MPAA: **Lisa Pierozzi**, ex-Universal Studios, named CFO; **Michael Robinson**, ex-Transportation Security Administration, named dir.-U.S. anti-piracy operations... Staples Vice Chmn. **Basil Anderson** retires, replaced by CFO **John Mahoney**; COO **Michael Miles** assumes pres. duties, replacing **Ronald Sargent**, who remains chmn.-CEO... NDS CEO **Abraham Peled** adds chmn. title; News Corp. consultant **Richard Yanowitch** named vice chmn... Appointed at Niles Audio: **Ed Brown**, ex-Halcro Audio and onetime McIntosh Lab, joins as national sales mgr.; **Simon Spears**, formerly Harman International and onetime Acoustic Research and Mission Electronics, named international sales mgr.; **Tom Mincy**, ex-Infinity and Definitive Technology, joins as JobSite Systems brand mgr... Appointed at Nintendo of Europe (NOE): Nintendo France Mktg. Dir. **Laurent Fischer** promoted to NOE senior mktg. dir., replacing **Jim Merrick**; **Achim Schmaus** named European brand mgr. for home console.

**Consumer Electronics Daily**

(ISSN 1537-3088)

PUBLISHED BY WARREN COMMUNICATIONS NEWS, INC.

This newsletter is available electronically via Lexis-Nexis, Factiva and Dialog

Warren Communications News, Inc. is publisher of Communications Daily, Warren's Washington Internet Daily, Consumer Electronics Daily, Washington Telecom Newswire, Telecom A.M., Television A.M., Television & Cable Factbook, Cable & Station Coverage Atlas, Public Broadcasting Report, Satellite Week and other special publications

Send news materials to: pgluckman3@aol.com

Copyright © 2006 by Warren Communications News, Inc.
Reproduction in any form, without written permission, is prohibited

EDITORIAL & BUSINESS HEADQUARTERS
2115 Ward Court, N.W., Washington, DC 20037
Phone 202-872-9200 Fax. 202-318-8984
www.warren-news.com
E-mail info@warren-news.com

CONSUMER ELECTRONICS DAILY
EDITORIAL HEADQUARTERS

276 Fifth Ave., Suite 1002, N.Y., N.Y. 10001
Phone: 212-686-5410 Fax: 212-889-5097

Paul Gluckman . . . Managing Editor & N.Y. Bureau Chief
Stephen A. Booth . . . Senior Editor
Mark Seavy . . . Senior Editor
Jeff Berman . . . Senior Editor
Razia Mahadeo . . . Editorial Asst

WASHINGTON HEADQUARTERS

Albert Warren . . . Chairman, Editor & Publisher
Paul Warren . . . President
Daniel Warren . . . Vice Chairman
Michael Feazel . . . Senior Editor
Edie Herman . . . Senior Editor
Herb Kirchhoff . . . Senior Editor
Howard Buskirk . . . Senior Editor
Anne Veigle . . . Senior Editor
Dinesh Kumar . . . Associate Editor
Andrew Noyes . . . Associate Editor
Jonathan Make . . . Associate Editor
Ian Martinez . . . Assistant Editor
Greg Piper . . . Assistant Editor

Business

Brig Easley . . . Controller
Gina Storr . . . Director of Sales & Marketing Support
Deborah Jacobs . . . Information Systems Mgr

Television and Cable Factbook

Michael Taliaferro . . . Managing Editor & Asst. Publisher—Directories
Gaye Nail . . . Assoc. Managing Editor
Susan C. Seiler . . . Asst. Managing Editor
Kari McGlamary . . . Sr. Ed. & Editorial Supervisor

Contributing Editor, Europe

Barry Fox
22 Holmefield Court
Belsize Grove, London, NW3 4TT
Phone: (44-20) 7722-8295
Email: barryphox@aol.com

Dawson B. Nail . . . Exec. Editor Emeritus
Louis Trager . . . News Editor

E-mail recipients: By using our e-mail delivery service, you understand and agree that we may use tracking software to ensure accurate electronic delivery and copyright compliance. This software forwards to us certain technical data and newsletter usage information from any computer that opens this e-mail. We do not share this information with anyone outside the company, nor do we use it for any commercial purpose. For more information about our data collection practices, please see our Privacy Policy at www.warren-news.com/privacypolicy.htm

Warren's Statement Of Material Facts Not In Dispute

# ATTACHMENT

# D

**ATTACHMENT D**

**PUBLICATION DATES OF 239 *CONSUMER ELECTRONICS DAILY* ISSUES SHOWN COPIED AND THEIR COPYRIGHT CERTIFICATE OF REGISTRATION INFORMATION**

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **1.** | 12/22/05 | TX0006300655 | 1/24/06 |
| **2.** | 12/23/05 | TX0006300655 | 1/24/06 |
| **3.** | 12/27/05 | TX0006300655 | 1/24/06 |
| **4.** | 12/28/05 | TX0006300655 | 1/24/06 |
| **5.** | 12/30/05 | TX0006300655 | 1/24/06 |
| **6.** | 1/3/06 | TX0006340549 | 3/3/06 |
| **7.** | 1/4/06 | TX0006340549 | 3/3/06 |
| **8.** | 1/6/06 | TX0006340549 | 3/3/06 |
| **9.** | 1/9/06 | TX0006340549 | 3/3/06 |
| **10.** | 1/10/06 | TX0006340549 | 3/3/06 |
| **11.** | 1/11/06 | TX0006340549 | 3/3/06 |
| **12.** | 1/12/06 | TX0006340549 | 3/3/06 |
| **13.** | 1/13/06 | TX0006340549 | 3/3/06 |
| **14.** | 1/17/06 | TX0006340549 | 3/3/06 |
| **15.** | 1/18/06 | TX0006340549 | 3/3/06 |
| **16.** | 1/19/06 | TX0006340549 | 3/3/06 |
| **17.** | 1/20/06 | TX0006340549 | 3/3/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **18.** | 1/23/06 | TX0006340549 | 3/3/06 |
| **19.** | 1/24/06 | TX0006340549 | 3/3/06 |
| **20.** | 1/25/06 | TX0006340549 | 3/3/06 |
| **21.** | 1/26/06 | TX0006340549 | 3/3/06 |
| **22.** | 1/27/06 | TX0006340549 | 3/3/06 |
| **23.** | 1/30/06 | TX0006340549 | 3/3/06 |
| **24.** | 1/31/06 | TX0006340549 | 3/3/06 |
| **25.** | 2/1/06 | TX0006340548 | 3/14/06 |
| **26.** | 2/2/06 | TX0006340548 | 3/14/06 |
| **27.** | 2/3/06 | TX0006340548 | 3/14/06 |
| **28.** | 2/6/06 | TX0006340548 | 3/14/06 |
| **29.** | 2/7/06 | TX0006340548 | 3/14/06 |
| **30.** | 2/8/06 | TX0006340548 | 3/14/06 |
| **31.** | 2/9/06 | TX0006340548 | 3/14/06 |
| **32.** | 2/10/06 | TX0006340548 | 3/14/06 |
| **33.** | 2/14/06 | TX0006340548 | 3/14/06 |
| **34.** | 2/15/06 | TX0006340548 | 3/14/06 |
| **35.** | 2/17/06 | TX0006340548 | 3/14/06 |
| **36.** | 2/21/06 | TX0006340548 | 3/14/06 |
| **37.** | 2/22/06 | TX0006340548 | 3/14/06 |
| **38.** | 2/23/06 | TX0006340548 | 3/14/06 |
| **39.** | 2/24/06 | TX0006340548 | 3/14/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **40.** | 2/28/06 | TX0006340548 | 3/14/06 |
| **41.** | 3/1/06 | TX0006337638 | 5/2/06 |
| **42.** | 3/2/06 | TX0006337638 | 5/2/06 |
| **43.** | 3/6/06 | TX0006337638 | 5/2/06 |
| **44.** | 3/7/06 | TX0006337638 | 5/2/06 |
| **45.** | 3/8/06 | TX0006337638 | 5/2/06 |
| **46.** | 3/9/06 | TX0006337638 | 5/2/06 |
| **47.** | 3/10/06 | TX0006337638 | 5/2/06 |
| **48.** | 3/13/06 | TX0006337638 | 5/2/06 |
| **49.** | 3/14/06 | TX0006337638 | 5/2/06 |
| **50.** | 3/15/06 | TX0006337638 | 5/2/06 |
| **51.** | 3/16/06 | TX0006337638 | 5/2/06 |
| **52.** | 3/17/06 | TX0006337638 | 5/2/06 |
| **53.** | 3/20/06 | TX0006337638 | 5/2/06 |
| **54.** | 3/21/06 | TX0006337638 | 5/2/06 |
| **55.** | 3/23/06 | TX0006337638 | 5/2/06 |
| **56.** | 3/24/06 | TX0006337638 | 5/2/06 |
| **57.** | 3/28/06 | TX0006337638 | 5/2/06 |
| **58.** | 3/29/06 | TX0006337638 | 5/2/06 |
| **59.** | 3/30/06 | TX0006337638 | 5/2/06 |
| **60.** | 3/31/06 | TX0006337638 | 5/2/06 |
| **61.** | 4/3/06 | TX0006348331 | 5/26/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **62.** | 4/4/06 | TX0006348331 | 5/26/06 |
| **63.** | 4/6/06 | TX0006348331 | 5/26/06 |
| **64.** | 4/7/06 | TX0006348331 | 5/26/06 |
| **65.** | 4/10/06 | TX0006348331 | 5/26/06 |
| **66.** | 4/11/06 | TX0006348331 | 5/26/06 |
| **67.** | 4/12/06 | TX0006348331 | 5/26/06 |
| **68.** | 4/13/06 | TX0006348331 | 5/26/06 |
| **69.** | 4/14/06 | TX0006348331 | 5/26/06 |
| **70.** | 4/18/06 | TX0006348331 | 5/26/06 |
| **71.** | 4/19/06 | TX0006348331 | 5/26/06 |
| **72.** | 4/20/06 | TX0006348331 | 5/26/06 |
| **73.** | 4/21/06 | TX0006348331 | 5/26/06 |
| **74.** | 4/24/06 | TX0006348331 | 5/26/06 |
| **75.** | 4/25/06 | TX0006348331 | 5/26/06 |
| **76.** | 4/26/06 | TX0006348331 | 5/26/06 |
| **77.** | 4/27/06 | TX0006348331 | 5/26/06 |
| **78.** | 4/28/06 | TX0006348331 | 5/26/06 |
| **79.** | 5/1/06 | TX0006375576 | 6/15/06 |
| **80.** | 5/2/06 | TX0006375576 | 6/15/06 |
| **81.** | 5/3/06 | TX0006375576 | 6/15/06 |
| **82.** | 5/4/06 | TX0006375576 | 6/15/06 |
| **83.** | 5/8/06 | TX0006375576 | 6/15/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **84.** | 5/9/06 | TX0006375576 | 6/15/06 |
| **85.** | 5/10/06 | TX0006375576 | 6/15/06 |
| **86.** | 5/12/06 | TX0006375576 | 6/15/06 |
| **87.** | 5/15/06 | TX0006375576 | 6/15/06 |
| **88.** | 5/16/06 | TX0006375576 | 6/15/06 |
| **89.** | 5/17/06 | TX0006375576 | 6/15/06 |
| **90.** | 5/24/06 | TX0006375576 | 6/15/06 |
| **91.** | 5/30/06 | TX0006375576 | 6/15/06 |
| **92.** | 5/31/06 | TX0006375576 | 6/15/06 |
| **93.** | 6/1/06 | TX0006425049 | 7/20/06 |
| **94.** | 6/2/06 | TX0006425049 | 7/20/06 |
| **95.** | 6/6/06 | TX0006425049 | 7/20/06 |
| **96.** | 6/7/06 | TX0006425049 | 7/20/06 |
| **97.** | 6/8/06 | TX0006425049 | 7/20/06 |
| **98.** | 6/9/06 | TX0006425049 | 7/20/06 |
| **99.** | 6/12/06 | TX0006425049 | 7/20/06 |
| **100.** | 6/13/06 | TX0006425049 | 7/20/06 |
| **101.** | 6/14/06 | TX0006425049 | 7/20/06 |
| **102.** | 6/15/06 | TX0006425049 | 7/20/06 |
| **103.** | 6/16/06 | TX0006425049 | 7/20/06 |
| **104.** | 6/19/06 | TX0006425049 | 7/20/06 |
| **105.** | 6/20/06 | TX0006425049 | 7/20/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **106.** | 6/21/06 | TX0006425049 | 7/20/06 |
| **107.** | 6/22/06 | TX0006425049 | 7/20/06 |
| **108.** | 6/26/06 | TX0006425049 | 7/20/06 |
| **109.** | 7/7/06 | TX0006425047 | 8/11/06 |
| **110.** | 7/14/06 | TX0006425047 | 8/11/06 |
| **111.** | 7/17/06 | TX0006425047 | 8/11/06 |
| **112.** | 7/18/06 | TX0006425047 | 8/11/06 |
| **113.** | 7/19/06 | TX0006425047 | 8/11/06 |
| **114.** | 7/20/06 | TX0006425047 | 8/11/06 |
| **115.** | 7/21/06 | TX0006425047 | 8/11/06 |
| **116.** | 7/24/06 | TX0006425047 | 8/11/06 |
| **117.** | 7/25/06 | TX0006425047 | 8/11/06 |
| **118.** | 7/26/06 | TX0006425047 | 8/11/06 |
| **119.** | 7/27/06 | TX0006425047 | 8/11/06 |
| **120.** | 7/28/06 | TX0006425047 | 8/11/06 |
| **121.** | 7/31/06 | TX0006425047 | 8/11/06 |
| **122.** | 8/2/06 | TX0006508679 | 9/20/06 |
| **123.** | 8/4/06 | TX0006508679 | 9/20/06 |
| **124.** | 8/7/06 | TX0006508679 | 9/20/06 |
| **125.** | 8/8/06 | TX0006508679 | 9/20/06 |
| **126.** | 8/9/06 | TX0006508679 | 9/20/06 |
| **127.** | 8/10/06 | TX0006508679 | 9/20/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **128.** | 8/11/06 | TX0006508679 | 9/20/06 |
| **129.** | 8/14/06 | TX0006508679 | 9/20/06 |
| **130.** | 8/15/06 | TX0006508679 | 9/20/06 |
| **131.** | 8/16/06 | TX0006508679 | 9/20/06 |
| **132.** | 8/17/06 | TX0006508679 | 9/20/06 |
| **133.** | 8/18/06 | TX0006508679 | 9/20/06 |
| **134.** | 8/21/06 | TX0006508679 | 9/20/06 |
| **135.** | 8/22/06 | TX0006508679 | 9/20/06 |
| **136.** | 8/23/06 | TX0006508679 | 9/20/06 |
| **137.** | 8/24/06 | TX0006508679 | 9/20/06 |
| **138.** | 8/25/06 | TX0006508679 | 9/20/06 |
| **139.** | 8/28/06 | TX0006508679 | 9/20/06 |
| **140.** | 8/29/06 | TX0006508679 | 9/20/06 |
| **141.** | 8/30/06 | TX0006508679 | 9/20/06 |
| **142.** | 8/31/06 | TX0006508679 | 9/20/06 |
| **143.** | 9/1/06 | TX0006528697 | 10/27/06 |
| **144.** | 9/5/06 | TX0006528697 | 10/27/06 |
| **145.** | 9/6/06 | TX0006528697 | 10/27/06 |
| **146.** | 9/7/06 | TX0006528697 | 10/27/06 |
| **147.** | 9/8/06 | TX0006528697 | 10/27/06 |
| **148.** | 9/11/06 | TX0006528697 | 10/27/06 |
| **149.** | 9/13/06 | TX0006528697 | 10/27/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **150.** | 9/14/06 | TX0006528697 | 10/27/06 |
| **151.** | 9/15/06 | TX0006528697 | 10/27/06 |
| **152.** | 9/18/06 | TX0006528697 | 10/27/06 |
| **153.** | 9/19/06 | TX0006528697 | 10/27/06 |
| **154.** | 9/20/06 | TX0006528697 | 10/27/06 |
| **155.** | 9/21/06 | TX0006528697 | 10/27/06 |
| **156.** | 9/22/06 | TX0006528697 | 10/27/06 |
| **157.** | 9/25/06 | TX0006528697 | 10/27/06 |
| **158.** | 9/26/06 | TX0006528697 | 10/27/06 |
| **159.** | 9/27/06 | TX0006528697 | 10/27/06 |
| **160.** | 10/3/06 | TX0006508717 | 11/24/06 |
| **161.** | 10/4/06 | TX0006508717 | 11/24/06 |
| **162.** | 10/5/06 | TX0006508717 | 11/24/06 |
| **163.** | 10/6/06 | TX0006508717 | 11/24/06 |
| **164.** | 10/10/06 | TX0006508717 | 11/24/06 |
| **165.** | 10/11/06 | TX0006508717 | 11/24/06 |
| **166.** | 10/12/06 | TX0006508717 | 11/24/06 |
| **167.** | 10/13/06 | TX0006508717 | 11/24/06 |
| **168.** | 10/16/06 | TX0006508717 | 11/24/06 |
| **169.** | 10/17/06 | TX0006508717 | 11/24/06 |
| **170.** | 10/19/06 | TX0006508717 | 11/24/06 |
| **171.** | 10/20/06 | TX0006508717 | 11/24/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **172.** | 10/24/06 | TX0006508717 | 11/24/06 |
| **173.** | 10/26/06 | TX0006508717 | 11/24/06 |
| **174.** | 10/27/06 | TX0006508717 | 11/24/06 |
| **175.** | 10/30/06 | TX0006508717 | 11/24/06 |
| **176.** | 10/31/06 | TX0006508717 | 11/24/06 |
| **177.** | 11/1/06 | TX0006650997 | 12/22/06 |
| **178.** | 11/2/06 | TX0006650997 | 12/22/06 |
| **179.** | 11/3/06 | TX0006650997 | 12/22/06 |
| **180.** | 11/6/06 | TX0006650997 | 12/22/06 |
| **181.** | 11/7/06 | TX0006650997 | 12/22/06 |
| **182.** | 11/8/06 | TX0006650997 | 12/22/06 |
| **183.** | 11/9/06 | TX0006650997 | 12/22/06 |
| **184.** | 11/13/06 | TX0006650997 | 12/22/06 |
| **185.** | 11/14/06 | TX0006650997 | 12/22/06 |
| **186.** | 11/15/06 | TX0006650997 | 12/22/06 |
| **187.** | 11/16/06 | TX0006650997 | 12/22/06 |
| **188.** | 11/17/06 | TX0006650997 | 12/22/06 |
| **189.** | 11/20/06 | TX0006650997 | 12/22/06 |
| **190.** | 11/21/06 | TX0006650997 | 12/22/06 |
| **191.** | 11/22/06 | TX0006650997 | 12/22/06 |
| **192.** | 11/24/06 | TX0006650997 | 12/22/06 |
| **193.** | 11/27/06 | TX0006650997 | 12/22/06 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| 194. | 11/29/06 | TX0006650997 | 12/22/06 |
| 195. | 11/30/06 | TX0006650997 | 12/22/06 |
| 196. | 12/4/06 | TX0006508677 | 1/22/07 |
| 197. | 12/5/06 | TX0006508677 | 1/22/07 |
| 198. | 12/7/06 | TX0006508677 | 1/22/07 |
| 199. | 12/8/06 | TX0006508677 | 1/22/07 |
| 200. | 12/20/06 | TX0006508677 | 1/22/07 |
| 201. | 12/21/06 | TX0006508677 | 1/22/07 |
| 202. | 12/22/06 | TX0006508677 | 1/22/07 |
| 203. | 12/26/06 | TX0006508677 | 1/22/07 |
| 204. | 12/28/06 | TX0006508677 | 1/22/07 |
| 205. | 12/29/06 | TX0006508677 | 1/22/07 |
| 206. | 1/4/07 | TX0006550419 | 2/5/07 |
| 207. | 1/26/07 | TX0006550419 | 2/5/07 |
| 208. | 1/29/07 | TX0006550419 | 2/5/07 |
| 209. | 1/30/07 | TX0006550419 | 2/5/07 |
| 210. | 1/31/07 | TX0006550419 | 2/5/07 |
| 211. | 2/1/07 | TX0006550433 | 3/23/07 |
| 212. | 2/2/07 | TX0006550433 | 3/23/07 |
| 213. | 2/6/07 | TX0006550433 | 3/23/07 |
| 214. | 2/7/07 | TX0006550433 | 3/23/07 |
| 215. | 2/12/07 | TX0006550433 | 3/23/07 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **216.** | 2/13/07 | TX0006550433 | 3/23/07 |
| **217.** | 2/14/07 | TX0006550433 | 3/23/07 |
| **218.** | 2/15/07 | TX0006550433 | 3/23/07 |
| **219.** | 2/16/07 | TX0006550433 | 3/23/07 |
| **220.** | 2/20/07 | TX0006550433 | 3/23/07 |
| **221.** | 2/22/07 | TX0006550433 | 3/23/07 |
| **222.** | 2/23/07 | TX0006550433 | 3/23/07 |
| **223.** | 2/26/07 | TX0006550433 | 3/23/07 |
| **224.** | 2/27/07 | TX0006550433 | 3/23/07 |
| **225.** | 5/18/07 | TX0006587065 | 6/27/07 |
| **226.** | 5/23/07 | TX0006587065 | 6/27/07 |
| **227.** | 6/11/07 | TX0006627352 | 7/27/07 |
| **228.** | 6/12/07 | TX0006627352 | 7/27/07 |
| **229.** | 6/15/07 | TX0006627352 | 7/27/07 |
| **230.** | 6/26/07 | TX0006627352 | 7/27/07 |
| **231.** | 6/28/07 | TX0006627352 | 7/27/07 |
| **232.** | 8/8/07 | TX0006627351 | 9/17/07 |
| **233.** | 8/21/07 | TX0006627351 | 9/17/07 |
| **234.** | 8/24/07 | TX0006627351 | 9/17/07 |
| **235.** | 10/29/07 | TX0006648199 | 12/3/07 |
| **236.** | 12/6/07 | TX0006646291 | 1/24/08 |
| **237.** | 1/24/08 | TX0006646225 | 3/7/08 |

| No. | CED Issue Date | Registration Certificate No. | Effective Date |
|---|---|---|---|
| **238.** | 2/15/08 | TX0006648017 | 3/28/08 |
| **239.** | 2/19/08 | TX0006648017 | 3/28/08 |