## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN COMMUNICATIONS NEWS, INC., )<br>　　Plaintiff, )<br> )<br>　　　　v. )<br> )<br>WARRANTECH CORPORATION, et al. )<br>　　Defendants. )<br> ) | Civil Action 1:09-cv-00426 (RWR) |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Kristin P. Herber (Bar No. 484461) hereby enters her appearance as counsel for Defendants Warrantech Corporation and Warrantech Consumer Product Services, Inc., in the above captioned matter. Charles W. Arnold and Scott A. Fredricks, both admitted *pro hac vice*, will remain as counsel of record for Defendants.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Kristin P. Herber (Bar No. 484461)
　　　　　　　　　　　　　　　Tydings & Rosenberg LLP
　　　　　　　　　　　　　　　100 E. Pratt Street, 26th floor
　　　　　　　　　　　　　　　Baltimore, MD  21202
　　　　　　　　　　　　　　　(410) 752-9700
　　　　　　　　　　　　　　　kherber@tydingslaw.com