# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN COMMUNICATIONS NEWS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARRANTECH CORP., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:09 cv 00426 RWR |

**PLAINTIFF'S NOTICE OF FILING UNDER SEAL**

Plaintiff Warren Communications News, Inc. hereby gives notice of its filing under seal, pursuant to Paragraph 14 of the Protective Order filed in this action on May 28, 2009, of Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment and of Exhibits 2, 3, 4, 5, 6, 7, 8, 9, 15, 16, 20 and 23 to the Declaration of Thomas W. Kirby supporting Plaintiff's Opposition.

Respectfully submitted,

April 26, 2010

/s/ Thomas W. Kirby
Thomas W. Kirby (D.C. Bar No. 815231)
Bruce L. McDonald (D.C. Bar No. 74329)
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Plaintiff*
Warren Communications News, Inc.

13129135.1